UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

GERRON LINDSEY,

        Plaintiff,

  v.

ATTORNEY GENERAL, JANE BRADY,
WARDEN, THOMAS CARROLL,
COMMISSIONER, STANLY TAYLOR,
BUREAU CHIEF, PAUL HOWARD,
INTERNAL AFFAIRS,
SERGEANT JOSEPH BELANGER,
CORPORAL LISE MERSON
CORRECTIONAL OFFICER,
ROSALIE VARGUS,

        Defendants.

Docket No.      0 5    6 3 2

* Jury Trial Demanded *



FILED

AUG 29 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMPLAINT BY A PRISONER UNDER THE CIVIL
RIGHTS ACT, 42 U.S.C. § 1983.

Plaintiff GerronLindsey, pro-se, files this Complaint by a prisoner under the Civil Rights Act, 42 U.S.C. § 1983 based upon the following:

1. Plaintiff GerronLindsey is presently Confined at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977, and is in the custody of the Attorney General of the State of Delaware and the Warden of the Delaware Correctional Center.

2. On February 23, 2005, Plaintiff file a grievance stating his complaint.

3. Sometime in April a officer from internal affairs spoke to the Plaintiff in a recorded conversation regarding the complaint.

4. On June 23, 2005, Corporal Lise Merson and officer Rosalie Vargus both from the grievance Chair advised the plaintiff that his grievance was being closed because it was determined by the board his grievance complaints was non-grievable.

5. Plaintiff also wrote complaints to Attorney General Jane Brady, Bureau Chief, Paul Howard, Commissioner Stanly Taylor, Delaware center for Justice, A.C.L.U, and Governor Ruth Ann Minner.

6. Plaintiff has exhuasted all his administrative remedies So he files this Complaint by a prisoner under the civil rights Act, 42 U.S.C. § 1983

7. The plaintiffs in this case are as follows:
A. GerronLindsey, 1181 Paddock Road, Smyrna, Delaware 19977

B. The Defendants in this case are as follows:
(1) Jane Brady, who is the Attorney General of the State of Delaware, 820 North French Street, Wilmington, Delaware 19801-3509.
(2.) Thomas Carroll, who is the Warden of Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977.
(3) Stanly Taylor, who is the Commissioner for the Department of Corrections, 245 Mckee Road, Dover, Delaware 19904

evaluated by nurse Holly Furne who examined him and determined that he was in fact suffering from shortness Df breath as a result she placed him on the breathing machine.

(c)  The plaintiff has exhuasted his administrative remedies, filed a grievance which Corporal Merson and officer Vargus closed, even more the plaintiff wrote complaints directly to Jane Brady, Stanly Taylor, Paul Howard, A.C.L.U., The Governor's office, Delaware Center for Justice, and spoke with Internal Affairs in a recorded conversation. As a result the plaintiff file this complaint.


9. Relief Sought.

The Defendants are employees of the Delaware Department of Corrections or the state of Delaware. These Defendants are being sued in their individual and official capacities, as they were not performing their duties under the color of state law.

A.  $ 500,000  Five hundred thousand dollars each for cruel and unusual punishment.

B.  $ 500,000  Five hundred thousand dollars each for denying the plaintiff medical treatment

C.  $ 500,000  Five hundred thousand dollars each for neglecting their duties

D.  $ 1,000,000  One million dollars each for pain and suffering

E. $ 1,000,000  One million dollars each for punitive damages

4

I hereby declare under penalty of perjury that the foregoing is true and Correct.

Executed on: August 17, 2005

GERRON LINDSEY



U.S.
DOVE
AUG
0005
198

UNITED STATES
POSTAL SERVICE
0000

AMOUNT
$1.98

Gereron Lindsey
S44-19
SBI # 326202
1181 Paddock Rd
Smyrna
Del. 19977

To: Clerk

U. S. District Court
I. Caleb Boggs (Fedrel)
Lock Box 18
844 N. King St.
Wilmington
Delaware 19801

FIRST CLASS

U.S.M.S.
X-RAY