05632

8-29-05

Enclosed is $250.00 filing fee for the U.S. District Court from Gerron Lindsey
SBI # 326202
SHU-19
1181, Paddock Rd
Smyrna, De. 19977

Please return $15.00 money order by mistake.
Thanks.





To Clerk
U.S. District Court
J. Caleb Boggs Federal building
Lock Box-18
844 N. King Street
Wilmington
Delaware 19801



U.S.M.S.
X-RAY

Gorron Lindsey
SBI # 326262
SHU-19
1181 Paddock Rd
Smyrna
De. 19977