GERRON LINDSEY
Delaware Correction Center
1181 Paddock Road
Smyrna, Delaware 19977

September 2, 2005                                    05-632 (SLR)

Dear Court Clerk:

When a complaint is filed by a prisoner under the Civil rights Act, 42 U.S.C. § 1983 and the plaintiff wishes to place a lien on all the defendants bank accounts and property would that be done by the judge who is assigned to the case? If so can you explain to me what form or motion I need to file. This information will be revelant in the matter of Lindsey v. Brady et al.

Thank You For Your Time And Efforts

                                                Sincerely,
                                                Gerron Lindsey

cc: File

FILED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Gerron Lindsey
SBI# 326602    UNIT 5HO-19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Clerk of United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

UNITED STATES POSTAGE
$ 00.37⁰
SEP 08 2005
MAILED FROM ZIP CODE 19977