OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 15, 2005

TO: Gerron Lindsey
    SBI #326202
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE:  Letter dated 9/2/05; 05-632(SLR)**

Dear Mr. Lindsay:

The above referenced letter has been received by this office requesting legal advice. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson