UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

GERRON LINDSEY,          CA. NO. 1:05-CV-632-SLR

    Plaintiff,

v.

ATTORNEY GENERAL: JANE BRADY,
WARDEN: THOMAS CARROLL,
COMMISSIONER, STANLY TAYLOR,
BUREAU CHIEF, PAUL HOWARD,
INTERNAL AFFAIRS,
SERGEANT, JOSEPH BELANGER,
CORPORAL, LISE MERSON, And
CORRECTIONAL OFFICER, ROSALIE VARGUS,

    Defendants.


FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW the Plaintiff Gerron Lindsey, Pro-Se, respectfully move this Honorable Court to enter an order that will place a temporary restraining order on the above mentioned defendants:

1. Plaintiff comes in contact with these defendants on a regular basis.

2. Because of the history of problems and complaints by the Plaintiff a restraining order would be appropriate in this case.

3. A temporary restraining order may be issued with or without notice to the adverse party. Temporary restraining orders are designed to preserve the status quo until there is an opportunity to hold a hearing on the application for a preliminary injunction. See Wright & Miller, Federal Pratice and Procedure: Civil § 2951. If there is an adversary hearing or the order is entered for an indeterminate lenght of time, the temporary restraining order may be treated

as a preliminary injunction. Wright & Miller, Federal Pratice and Procedure: Civil § 2951.

Wherefore, Plaintiff pray that this Honorable Court grants his motion.

Respectfully Submitted,

Gerron Lindsey, Pro-se

Date: September 8, 2005

I/M Creston Lindsey

SBI# 326202   UNIT SHU-19

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

LEGAL MAIL

United States District

844 King Street Lockbox 18

Wilmington, Delaware 19801