05-632 SLR

GERRON LINDSEY,
     Plaintiff,

v.

ATTORNEY GENERAL, JANE BRADY,
WARDEN, THOMAS CARROLL,
COMMISSIONER, STANLY TAYLOR,
BUREAU CHIEF, PAUL HOWARD,
INTERNAL AFFAIRS,
SERGEANT JOSEPH BELANGER,
CORPORAL LISE MERSON, and
CORRECTIONAL OFFICER, ROSALIE VARGUS,
     Defendants.

RECEIVED
NOV -9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Oct. 21, 2005

Dear Clerk:

    Enclosed please find a .50 Check. I would like an updated Docket Sheet on the above mentioned case.

Sincerely,
Gerron Lindsey

CC: File

I/M Gerron Lindsey
SBI# 326202   UNIT SHU-19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of the Clerk
United States District Court
844 N. King street, Lockbox 18
Wilmington, Delaware
19801-3570

US POSTAGE $00.37
NOV 08 2005