IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMA CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of the State Defendant Attorney General Jane Brady.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendant.  The State Defendants specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

Date:  December 2, 2005    Attorney for State Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on December 2, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us