IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMA CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JANE BRADY'S ANSWER TO THE COMPLAINT**

COMES NOW Defendant Jane Brady, by and through the undersigned counsel, and hereby answers the Complaint as follows:

1. Denied, except that it is admitted that, as of the date of the filing of this Answer, Plaintiff is incarcerated at Delaware Correctional Center.

2. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

3. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

4. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

5. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

6. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

7A. Admitted.

7B.

    1. Admitted, as of the date of the filing of this Answer.

    2. Admitted, as of the date of the filing of this Answer.

    3. Admitted, as of the date of the filing of this Answer.

    4. Admitted, as of the date of the filing of this Answer.

    5. Admitted, as of the date of the filing of this Answer.

    6. Admitted, as of the date of the filing of this Answer.

    7. Admitted, as of the date of the filing of this Answer.

    8. Admitted, as of the date of the filing of this Answer, as to Rosalie Varg**a**s.

8.

    A. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

    B. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

    C. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

**RELIEF**

1. It is specifically denied that Plaintiff is entitled to compensatory damages or punitive damages.

2. It is specifically denied that Plaintiff is entitled to any other relief.

**AFFIRMATIVE DEFENSES**

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. Answering Defendant is immune from liability under the Eleventh Amendment.

6. Answering Defendant is entitled to qualified immunity.

7. As to any claims under state law, Answering Defendant is entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

8. As to any claims under state law, Answering Defendant is entitled to sovereign immunity in her official capacity.

9. Answering Defendant cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold Answering Defendant liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Answering Defendant, in her official capacity, is not liable for alleged violations of Plaintiff's constitutional rights as she is not a "person" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

WHEREFORE, Answering Defendant respectfully requests that judgment be entered in her favor and against Plaintiff as to all claims and that attorney fees be awarded to her.

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant Jane Brady

Date: December 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2005, I electronically filed *Defendant Jane Brady's Answer to the Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on December 2, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us