Gerron Lindsey SBI # 326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

December 8, 2005

Re: Lindsey v. Brady et. al
  Civ. No. 05-632-SLR

Dear Counselor:

It is my understanding that you represent the defendants in the above matter. Today (December 8, 2005) Sergeant Joseph Belanger served my lunch. Since the start of this year it has been on going issues with myself and this Sergeant which a couple of the issues you are aware of. I don't feel it is appropriate for this sergeant to be in contact with me while I have a pending Civil Action against him. And of equal importance I am not comfortable with him serving my food as he done today. I am asking you to look into this matter.

Sincerely,
Gerron Lindsey

CC: Clerk of the United States District Court ✓

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



INM Gerron Lindsey
SBI# 326202    UNIT SHU-19
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
Smyrna, Delaware 19977

N.
U.S. X-RAY
Legal Mail
Dec. 8, 2005

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570