## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-632-SLR |
| | ) |
| ATTORNEY GENERAL JANE BRADY, | ) JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| BUREAU CHIEF PAUL HOWARD, | ) |
| INTERNAL AFFAIRS, SERGEANT | ) |
| JOSEPH BELANGER, CORPORAL | ) |
| LISE MERSON, and C/O ROSALIE | ) |
| VARGUS, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of the Defendants Warden Thomas Carroll, Commissioner Stanley Taylor, Bureau Chief Paul Howard, Internal Affairs, Sergeant Joseph Belanger and Corporal Lise Merson.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants.  The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

Date:  January 12, 2006          Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on January 12, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us