IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER TO THE COMPLAINT**

COME NOW Defendants Warden Thomas Carroll, Commissioner Stanley Taylor, Bureau Chief Paul Howard, Internal Affairs, Sergeant Joseph Belanger and Corporal Lise Merson, by and through the undersigned counsel, and hereby answer the Complaint as follows:

1. Denied, except that it is admitted that, as of the date of the filing of this Answer, Plaintiff is incarcerated at Delaware Correctional Center.

2. Admitted.

3. Answering Defendants are currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

4. Denied, except that it is admitted that Plaintiff's February 23, 2005 grievance was determined to be non-grievable.

5. Answering Defendants are currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

6. Denied.

7A. Admitted.

7B.

    1. Admitted, except it is denied that Jane Brady is the Attorney General of the State of Delaware.

    2. Admitted, as of the date of the filing of this Answer.

    3. Admitted, as of the date of the filing of this Answer.

    4. Admitted, as of the date of the filing of this Answer.

    5. Admitted, as of the date of the filing of this Answer.

    6. Admitted, as of the date of the filing of this Answer.

    7. Admitted, as of the date of the filing of this Answer.

    8. Denied that Rosalie Vargas is a defendant in this action as she has not been served with the Complaint..

8.

    A. Admitted as to the first sentence of this paragraph. Answering Defendants are without sufficient information to admit or deny the allegations set forth in the second sentence of this paragraph. Denied as to the third sentence of this paragraph. Denied as to the fourth sentence of this paragraph. As to the fifth, sixth and seventh sentences of this paragraph, denied except it is admitted that, after Plaintiff's breathing treatment, he was placed in a shower and strip searched.

B. Answering Defendants are currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

C. Denied that Plaintiff exhausted his administrative remedies. Answering Defendants are currently without sufficient information to admit or deny the remaining allegations set forth in this paragraph of the Complaint.

## RELIEF

1. It is specifically denied that Plaintiff is entitled to compensatory damages or punitive damages.

2. It is specifically denied that Plaintiff is entitled to any other relief.

## AFFIRMATIVE DEFENSES

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. Answering Defendants are immune from liability under the Eleventh Amendment.

6. Answering Defendants are entitled to qualified immunity.

7. As to any claims under state law, Answering Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

8. As to any claims under state law, Answering Defendants are entitled to sovereign immunity in their official capacities.

9. Answering Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold Answering Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Answering Defendants, in their official capacities, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

WHEREFORE, Defendants Warden Thomas Carroll, Commissioner Stanley Taylor, Bureau Chief Paul Howard, Internal Affairs, Sergeant Joseph Belanger and Corporal Lise Merson respectfully request that judgment be entered in their favor and against Plaintiff as to all claims and that attorney fees be awarded to them.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

Date: January 12, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 12, 2006, I electronically filed *Defendants' Answer to the Complaint* with the Clerk of Court using CM/ECF.  I hereby certify that on January 12, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us