IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of the Defendant Rosalie Vargas.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant.  The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                  **STATE OF DELAWARE**
                                  **DEPARTMENT OF JUSTICE**

                                  /s/ Eileen Kelly
                                  Eileen Kelly, I.D. #2884
                                  Deputy Attorney General
                                  Carvel State Office Building
                                  820 North French Street, 6th Floor
                                  Wilmington, Delaware 19801
                                  (302) 577-8400
Date:  May 11, 2006                  Attorney for Defendant
                                  Rosalie Vargas

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on May 11, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us