# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ROSALIE VARGAS' ANSWER TO THE COMPLAINT

COMES NOW Defendant Rosalie Vargas, by and through the undersigned counsel, and hereby answers the Complaint as follows:

1. Denied, except that it is admitted that, as of the date of the filing of this Answer, Plaintiff is incarcerated at Delaware Correctional Center.

2. Admitted.

3. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

4. Denied, except that it is admitted that Plaintiff's February 23, 2005 grievance was determined to be non-grievable.

5. Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

6. Denied.

    7A.    Admitted.

    7B.

        1.    Admitted, except it is denied that Jane Brady is the Attorney General of the State of Delaware.

        2.    Admitted, as of the date of the filing of this Answer.

        3.    Admitted, as of the date of the filing of this Answer.

        4.    Admitted, as of the date of the filing of this Answer.

        5.    Admitted, as of the date of the filing of this Answer.

        6.    Admitted, as of the date of the filing of this Answer.

        7.    Admitted, as of the date of the filing of this Answer.

        8.    Admitted, as of the date of the filing of this Answer.

    8.

        A.    Admitted as to the first sentence of this paragraph. Answering Defendant is without sufficient information to admit or deny the allegations set forth in the second sentence of this paragraph. Denied as to the third sentence of this paragraph. Denied as to the fourth sentence of this paragraph. As to the fifth, sixth and seventh sentences of this paragraph, denied except it is admitted that, after Plaintiff's breathing treatment, he was placed in a shower and strip searched.

        B.    Answering Defendant is currently without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

        C.    Denied that Plaintiff exhausted his administrative remedies. Answering Defendant is currently without sufficient information to admit or deny the remaining allegations set forth in this paragraph of the Complaint.

**RELIEF**

1. It is specifically denied that Plaintiff is entitled to compensatory damages or punitive damages.

2. It is specifically denied that Plaintiff is entitled to any other relief.

**AFFIRMATIVE DEFENSES**

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. Answering Defendant is immune from liability under the Eleventh Amendment.

6. Answering Defendant is entitled to qualified immunity.

*7.* As to any claims under state law, Answering Defendant is entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

8. As to any claims under state law, Answering Defendant is entitled to sovereign immunity in her official capacity.

9. Answering Defendant cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold Answering Defendant liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Answering Defendant, in her official capacity, is not liable for alleged violations of Plaintiff's constitutional rights as she is not a "person" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

WHEREFORE, Defendant Rosalie Vargas respectfully requests that judgment be entered in her favor and against Plaintiff as to all claims and that attorney fees be awarded to her.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ Eileen Kelly
                                            Eileen Kelly, I.D. No. 2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 North French Street, 6th fl.
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            Attorney for Defendant
                                            Rosalie Vargas

Date: May 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, I electronically filed *Defendant Rosalie Vargas' Answer to the Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on May 11, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us