IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-632-SLR |
| | ) |
| ATTORNEY GENERAL JANE BRADY, | ) |
| WARDEN THOMAS CARROLL, | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| BUREAU CHIEF PAUL HOWARD, | ) |
| INTERNAL AFFAIRS, SERGEANT | ) |
| JOSEPH BELANGER, CORPORAL | ) |
| LISE MERSON, and C/O ROSALIE | ) |
| VARGUS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 19th day of June, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **October 16, 2006.**

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support

of the motion, shall be served and filed on or before **November 16, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **December 18, 2006.** Reply briefs shall be filed on or before **January 2, 2007.**


                                    _____
                                        United States District Judge