## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants, through

their undersigned counsel, hereby serve on Plaintiff, Gerron Maurice Lindsey, the following

Requests for Production of Documents.

## INSTRUCTIONS

A.    If any document or thing required to answer any Request for Production is withheld

because you claim that such information is privileged or is contained in a privileged document or

communication:

(1)    identify each such document with sufficient specificity to permit a court to

determine the propriety of the asserted privilege and setting forth the nature of the

document;

(2)    identify the privilege and set forth the factual basis for the privilege claims; and

(3)    set forth each Request to which each such document or thing is responsive.

B.    These Requests for Production are continuing in nature and, if applicable, will

require supplemental responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

1. All grievances, complaints, or other correspondence relating to, regarding or arising out

   of the incidents alleged in Plaintiff's Complaint, including, but not limited to, all

   grievances or complaints submitted by Plaintiff to Department of Correction personnel,

   responses thereto, and any related correspondence between Plaintiff and Department of

   Correction personnel.

**REQUEST NO. 2:**

2. All correspondence relating to, regarding or arising out of the incidents alleged in

   Plaintiff's Complaint, including, but not limited to, any correspondence between

   friends or family members of Plaintiff or other inmates and Department of Correction

   personnel.

**REQUEST NO. 3:**

3. Any statements, declarations, petitions, or affidavits relating to, regarding or arising out

   of the incidents alleged in Plaintiff's Complaint and any statements, declarations, or

   affidavits of Plaintiff, other inmates, or witnesses to the allegations in the Complaint.

**REQUEST NO. 4:**

4. All medical records for Plaintiff relating to, regarding or arising out of the incidents

   alleged in Plaintiff's Complaint.

**5.   REQUEST NO. 5:**

5.  All medical records for Plaintiff for the past 15 years.

**REQUEST NO. 6:**

6.  All criminal history records for Plaintiff from any other State besides Delaware for the

    past 15 years.

**REQUEST NO. 7:**

7.  All documents identified or referenced in Plaintiff's Response to Defendants' First Set

    of Interrogatories, served contemporaneously herewith.



**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated: September 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2006, I electronically filed *Defendants' Request for Production of Documents* with the Clerk of Court using CM/ECF.  I hereby certify that on September 12, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Gerron Maurice Lindsey.

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us