IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Lindsey,
Plaintiff

v.

Brady, et al

Defendants

Civil Action No. 05-632-SLR

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, plaintiff moves for an extension of time to respond to the Order dated October 16, 2006.
In support thereof, plaintiff states the following:
1. This is plaintiff's 1st request for an extension of time for service and filing of his opening brief.
2. Plaintiff is an inmate at the Delaware Correctional Center. He is indigent and cannot afford counsel; therefore at this stage of his case, he will have to proceed pro se.
3. Plaintiff has limited knowledge and experience of in legal research and legal principles, which will be the focus of his appeal. Additional, due to the limitations imposed by the institution on the use of the law library, he is unable to visit the library facility consistently to properly research and prepare his opening brief. Therefore, it is expected that plaintiff will need more time to perfect his claims.

WHEREFORE, based on the above reasons, plaintiff respectfully prays this Honorable Court to grant his motion and extend the time for filing his response to the Order to October 16, 2006. (Discovery)

Dated: September 14, 2006

Gerron Lindsey
Name
1181 Paddock Road
Delaware Correctional Center

FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BO 9/18/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____
    Plaintiff

v.                                                              _____

_____
    Defendant(s)

ORDER

    IT IS HEREBY ORDERED, this ____ day of _____, 200_ that the attached Motion for Extension of Time has been read and considered.
    IS IS ORDERED that the Motion is hereby GRANTED/DENIED.
    IT IS FURTHER ORDERED THAT

_____
_____
_____

_____
    Judge

IM GERROD LINDSEY
SBI# 326202   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39⁰ SEP 15 2006
MAILED FROM ZIP CODE 19977

Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801