IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



GIERRON MAURICE LINDSEY,
    Plaintiff,

V.                                                C.A. No. 05-632-SLR

ATTORNEY GENERAL JANE BRADY,
WARDEN THOMAS CARROLL,
COMMISSIONER STANLEY TAYLOR,
BUREAU CHIEF PAUL HOWARD,
INTERNAL AFFAIRS, SERGEANT
JOSEPH BELANGER, CORPORAL LISE
MERSON, and C/O ROSALIE VARGUS,
    Defendants.



Scanned- BD   9/26/06

### PLAINTIFF's REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules Of Civil Procedure, Plaintiff, Gierron Lindsey, Pro Se, hereby serve on the above Defendants, the following Requests for Production of Documents.

### INSTRUCTIONS

A. If any document or thing required to answer any Requests for Production is withheld because you claim that such information is privileged or is contained in a privileged document or communication:

(1) identify each such document with sufficient specificity to permit a court to determine the propriety of the asserted privilege and setting forth the nature of the document;

(2) identify the privilege and set forth the factual basis for the privilege claims; and

(3) Set forth each Request to which each such document or thing is responsive.

B. These Requests for Production are continuing in nature and, if

applicable, will require supplemental responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUEST FOR PRODUCTION

REQUEST NO. 1:
1. Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint and any statements, declarations, or affidavits of Defendants, other personnel of D.O.C., and witnesses.

REQUEST NO. 2:
All criminal history records for each Defendant from every state including Delaware for the past 15 years.

REQUEST NO. 3: All medical records that D.O.C. possess of Plaintiff.

REQUEST NO. 4:
Each Defendant employment credentials and rank.

REQUEST NO. 5:
Each Defendant diciplinary record, sanctions, or reprimands they may had recieved during employment for D.O.C.

REQUEST NO. 6:
Any response by Defendants to Plaintiff's grievance or letters arising out of the complaint.

REQUEST NO. 7:
Any reports written by Defendants arising from the alleged Complaint by Plaintiff.

REQUEST NO. 8:
Any interviews, correspondence, or transcripts related to Plaintiff's complaint.

Certificate Of Service

I hereby Certify that on September 22, 2006, I by D.C.C. Mail filed Plaintiff's Request for Production of Documents with the Clerk of Court. I hereby Certify that on September 22, 2006 I have mailed by U.S. Postal Service, the document to the Defendants Counsel Eileen Kelly.

Gerron Lindsey
D.c.c. 1181 Paddock Road
Smyrna, Delaware
19977

I/M GERRON LINDSEY
SBI# 326202   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

9-23-06
LEGAL MAIL

CLERK OFFICE
Lockbox 18, 844 King Street
U.S. Courthouse
Wilmington, Delaware
19801