(33)

GERRON MAURICE LINDSEY,
    Plaintiff,

v.

ATTORNEY GENERAL JANE BRADY, WARDEN THOMAS CARROLL, COMMISSIONER STANLEY TAYLOR, BUREAU CHIEF PAUL HOWARD, INTERNAL AFFAIRS, SERGEANT JOSEPH BELANGER, CORPORAL LISE MERSON, and C/O ROSALIE VARGUS,
    Defendants.

C.A. No. 05-632-SLR

Scanned- BD 9/26/06

FILED
SEP 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE DEFENDANTS

COME NOW Plaintiff Gerron Maurice Lindsey, Pro Se, and respectfully move this Honorable Court to enter an order granting Plaintiff the right to depose the above Defendants.

1. Defendants are employed by the State of Delaware.
2. Plaintiff, Pro Se, wishes to depose Defendants as part of discovery in this case.
3. The discovery deadline in this matter is October 16, 2006.
4. Fed. R. Civ. P. 30(a) requires leave of the court to depose Defendants.

Plaintiff respectfully Request that this court grants his motion.

Dated: September 22, 2006

Certificate of Service

I hereby certify that on September 22, 2006 I filed Plaintiff's motion to depose Defendants using U.S. Postal Service. I hereby certify that on September 22, 2006 I have mailed by U.S. Postal Service, the document to Eileen Kelly, D.A.G.