In the United States District Court
For the District of Delaware

C.A. 05-632-SIR

Answers To First Set of
Iterrgoratories directed to
Plaintiff.

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1)
(a) Plaintiff was recieving breathing treatment when Sgt. Bellanger forced the treating nurse to end it after nurse discovered that Plaintiff was in fact suffering from shortness of breath.

(b) Denying Plaintiff much needed medical treatment. Failure to perform duties by not properly responding to grievances and written complaints. Cruel & Unusual Punishment.

(c) Nurse Holly Furne.

(d) Medical Records

2) Medical records, grievances, any written reports arising from incident, defendants work his, disciplinary history, criminal history, Plaintiff's asthma history.

3) Nurse Holly Furne and all defendants, ACLU, Delaware Center for Justice.

4) Medical Records, grievances, reports, defendants criminal history

defendant's work and disciplinary history. Plaintiff's asthma history.

5) None known at this time, I reserve that right.

6) (A) Kushal Shah / Gerron Lindsey
(B) 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
(C) 02-07-1982
(D) Delaware
(E) 9th

7) Due to Plaintiff's incarceration he is unable to access his criminal history, however, it can be obtained threw the Attorney General's office.

8) Wall Street Deli in Wilmington, Plaintiff quit after 2 days due to unsanitary workers. Plaintiff never recieved pay and does not know address.

9) Gander Hill Prison, Ferris School for boys, Delaware Correctional center Do not have any addresses except, 1181 Paddock Road, Smyrna, De 19977 and do not know particular names. Also due to incarceration I can't access such information. Plaintiff don't want to rely on his memory and possibly mislead defendants.

10) Broke wrist, Broke nose, ankle sprang.
Delaware State hospital, Terry center.
Don't know any of the addresses.

11) Pain & suffering, wheezing, shortness of breath.

12) None the day I was recieving treatment Sgt. Bellanger made the nurse end it.

13) Yes a grievance was filed and determined by the I.G.C. to be non-grievable. It was filed on 2-23-05. Also complaints were written to All defendants even A.C.L.U. D.C.J, and Governor.

14) Twenty six point five Million.

15) Ferris School, Gander Hill
don't know addresses

16) None At this time, however, will advise if takes place.

I hereby declare under perjury that the answer are correct.

*[signature]*

I sent a copy of this response to Eileen Kelly by U.S. Mail

September 24, 2006

*[signature]*