Response to Denfendant request for production of documents.

1. see enclosed
2. see enclosed
3. None at this time
4. Medical unit has those files
5. Due to incarceration cannot access such files
6. Due to incarceration cannot access such files

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**DCC - Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/28/2005

# GRIEVANCE REPORT

*Inmate Copy*

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** LINDSEY, GERRON M | **SBI# :** 00326202 | **Institution :** DCC |
| **Grievance # :** 11771 | **Grievance Date :** 02/23/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/23/2005 | **Incident Time :** |
| **IGC :** Vargas, Rosalie | **Housing Location :** Bldg 17, Lower, Tier D, Cell 4, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was in the nurses offic in SHU 17 getting treated by Nurse Holly F for my breathing trouble. I was accompanied by Correctional officers Tunrer and Nikapara. Sergeant J. Bellanger entered the office and told myself and Nurse Holly F that he was writing the both of us up for me receiving treatment because it was slowing his work down. He forced her end the treatment. Aftr I was escorted back to D tier I was placed in the showers. Sgt Bellanger came up to the shower and told me to strip down and give hime all of clothes that I had on.

**Remedy Requested :** I request that my medical chart be reviewed to verify that I am a asthma patient. i also ask that Sergeant J Bellanger not end my medical treatment when it's needed. And I request that action be taken against Sergeant J Bellanger for harassment and cruel and unusual punichment.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To :** Sagers, Clyde |
| **Grievance Amount :** | |

Page 1 of 2

# aclu delaware

March 16, 2005

Mr. Gerron Lindsey
Delaware Correctional Center
SBI# 326202
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Lindsey:

The ACLU has referred your case to the Delaware Center for Justice who can assist us in matters involving prison conditions or medical grievances. If they are able to intervene, they will require permission from you. I enclose a consent form which you must sign and date and return to that office.

I understand that your issue involves a complaint against Sgt. Joe Bellanger at the Delaware Correctional Center and that you have already written to Stanley Taylor and the Attorney General's office.

If available, enclose a copy of all grievances you have filed along with a detailed statement of the facts surrounding your complaint. Send this information along with the enclosed consent form to the Delaware Center for Justice at 100 West 10th Street, Suite 905, Wilmington, DE 19801. If they are able to assist you, they will contact you.

Thank you for contacting the ACLU.

Sincerely,

Diane Winters
Diane Winters
Intake Representative
Cc: Delaware Center for Justice

**Delaware Center for Justice**
100 West 10th Street, Suite 905
Wilmington, DE 19801

## Adult Offender Services Program

Date: March 28, 2005

Gerron Lindsey # 326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19947

Dear Mr. Lindsey:

This is to acknowledge receipt of your letter. After careful review of your letter, the following decision has been reached:

- ☐ We do not deal with the issue(s) in your letter
- ☐ We advise you to contact your institutional medical provider
- ☐ Provide additional information on the matter for follow up
- ☐ Contact your Counselor at the institution for help and guidance
- ☐ We will contact you upon further investigation and follow up
- ☐ File a grievance using the internal 4.4 Grievance Procedure
- ☐ Requested information enclosed
- ☒ **Other: DCJ received a referral letter from the ACLU. Please forward your concerns back to the agency so we can better assist you.**

Thank you for your interest in our agency.

Sincerely,

*Nikita Y. Robins*
Nikita Y. Robins
Case Manager, Adult Offender Services

I sent a copy of this response to Eileen Kelly by U.S. mail

September 24, 2006

[signature]

IM GERRON LINDSEY
SBI# 326202    UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL



Clerk, Lockbox 18
844 King Street
U.S. Court House
Wilmington, Delaware
19801