IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON LINDSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-632-SLR ) |
| ATTORNEY GENERAL JANE BRADY, WARDEN THOMAS CARROLL, COMMISSIONER STANLEY TAYLOR, BUREAU CHIEF PAUL HOWARD, INTERNAL AFFAIRS, SERGEANT JOSEPH BELANGER, CORPORAL LISE MERSON, and C/O ROSALIE VARGUS, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 17th day of October, 2006, having considered plaintiff's motion for an extension of time (D.I. 31);

IT IS ORDERED that said motion is granted and the scheduling order is amended as follows:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **January 16, 2007.**

2. **Summary Judgment Motions.** All summary judgment motions along with opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **February 16, 2007.** Answering briefs and affidavits, if any, shall be filed on or before **March 16, 2007.** Reply briefs shall

be filed on or before **March 30, 2007.**

                                                                                                      _____
                                                                                                      United States District Judge