FORM #584

## GRIEVANCE FORM

Sagers

FACILITY: Delaware Correctional Center    DATE: February 23, 2005

GRIEVANT'S NAME: Gerron Lindsey A/K/A Kushal Shah    SBI#: 00 326202

CASE#: 11777    TIME OF INCIDENT: Approx. 9:00 am

HOUSING UNIT: SHU-17 D-L4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and approx. time I was in the nurses office in SHU-17 getting treated by Nurse Holly F. for my breathing trouble. At this time I was accompanied by Correctional officers Turner & Nikapara. In the process of me getting treated for my breathing trouble Sergeant J. Bellanger entered the office, and told myself and nurse Holly F. that he was writing the both of us up for me recieving treatment because it was slowing his work down. As my medical record show I am an asthma patient and in my past I have been hospitalized because of this condition. So because Sergeant Bellanger was in a hurry to get his work done he made threats to write myself up and nurse Holly F. and he forced her end the treatment. After I was escorted back to D-tier by the officers I was placed in the shower. At this point Sergeant J. 

Next page.

ACTION REQUESTED BY GRIEVANT: I request that my medical chart be reviewed to verify that I am a asthma patient. I also asked that Sergeant J. Bellanger not end my medical treatment when it's needed. And I request that action be taken against Sergeant J. Bellanger for harassment and cruel and unusual punishment.

GRIEVANT'S SIGNATURE: [signature]    DATE: 2-23-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
FEB 2 3 2005
Inmate Grievance Office

April '97 REV

Bellanger came up to the shower and told me to strip down and give him all of clothes that I had on. Not only did he end my much needed medical treatment he also acted out of spite and made me strip for no reason at all. A shake down was not being conducted and my room was not shook down this was his way of getting back at me. Asthma is a chronic disease and if it's not treated properly it could be fatal. That is what Sergeant J. Bellanger subjected me to by forcing the nurse to end my treatment. He also had no reason to strip search me I was cuffed by hands and feet and in the presence of two officers.

End of Complaint

RECEIVED
SEP 2 2005
Inmate Grievance Office

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/27/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: LINDSEY, GERRON M | **SBI#**: 00326202 | **Institution**: DCC |
| **Grievance #**: 11771 | **Grievance Date**: 02/23/2005 | **Category**: Individual |
| **Status**: Non Grievable | **Resolution Status**: | **Resol. Date**: |
| **Grievance Type**: Disciplinary | **Incident Date**: 02/23/2005 | **Incident Time**: |
| **IGC**: Vargas, Rosalie | **Housing Location**: Bldg 19, Upper, Tier B, Cell 9, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was in the nurses offic in SHU 17 getting treated by Nurse Holly F for my breathing trouble. I was accompanied by Correctional officers Tunrer and Nikapara. Sergeant J. Bellanger entered the office and told myself and Nurse Holly F that he was writing the both of us up for me receiving treatment because it was slowing his work down. He forced her end the treatment. Aftr I was escorted back to D tier I was placed in the showers. Sgt Bellanger came up to the shower and told me to strip down and give hime all of clothes that I had on.

**Remedy Requested:** I request that my medical chart be reviewed to verify that I am a asthma patient. i also ask that Sergeant J Bellanger not end my medical treatment when it's needed. And I request that action be taken against Sergeant J Bellanger for harassment and cruel and unusual punichment.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance**: NO | **Date Received by Medical Unit**: |
| **Investigation Sent**: | **Investigation Sent To**: Sagers, Clyde |
| **Grievance Amount**: | |

DCC  Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 06/27/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 11771 | Grievance Date : 02/23/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Disciplinary | Incident Date : 02/23/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

## INFORMAL RESOLUTION

Investigator Name : Sagers, Clyde           Date of Report 02/28/2005

Investigation Report :

Reason for Referring:

---

Investigator Name : Seacord, Thomas J        Date of Report 03/03/2005

Investigation Report : I interviewed Nurse H. Furne and instructed that she could not take too long for each individual. Sgt Belanger did write a 404 on the incident.

Reason for Referring: Please investigate and resolve.

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/27/2005

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 11771 | Grievance Date : 02/23/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Disciplinary | Incident Date : 02/23/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

## IGC

Medical Provider:                    Date Assigned

Comments:

☐ Forward to MGC             ☐ Warden Notified

☒ Forward to RGC             Date Forwarded to RGC/MGC : 03/03/2005

☐ Offender Signature Captured    Date Offender Signed    :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/27/2005

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 11771 | Grievance Date : 02/23/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Disciplinary | Incident Date : 02/23/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

### RGC

Date Received : 03/03/2005    Date of Recommendation: 06/27/2005

#### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

#### VOTE COUNT

Uphold :          Deny :          Abstain :

#### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

#### RECOMMENDATION

Non-grievable. Disciplinary

19    BU-9

## R. G. C Recommendation
This must be completed & returned to the I. G. C. within 30 calendar days

**Grievant's Name:** Lindsey, Gerron   **SBI:** 00326202   **Case#:** 11771

*Non Grieveable Disciplinary*

**R. G. C. Menbers:**

**Inmate Representative:** _____

**Inmate Representative:** _____

**Counselor:** _____

**Security:** _____

**I.G.C.:** _____

CC: File
   Grievant