| Incident# | DCC Delaware Correctional Center | Date: 10/11/2006 |
|---|---|---|
| 1020372 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

# INCIDENT REPORT

| Group#: N/A | Type: Staff Involved | Incident Date: 02/23/2005 | Time: 08:57 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center  
**Incident Location:** Bldg.17 Medical Room  
**Location Description:** Medical Room  
**Followup Required:** No

**Violated Conditions:** Other

**Description of Incident:**

On February 23, 2005, I Sgt. Joseph H. Belanger was assigned to Building 17 for the 0800 - 1600 shift. At approximately 0857 hours, Nurse Holly Furne had I/M Jeron Lindsay brought to the medical room for a breathing treatment. This occurred while recreation, visits, a mental health meeting between Melissa Gatlin and I/M Noel Santiago on D-tier and a discharge of I/M Mark Weir to take place was in progress. I/M Gerron Lindsay was in the medical room receiving his breathing treatment until 0935 hours. Two staff members had to be with I/M Lindsay while he received his breathing treatment.

With all of the events that took place from 0857 hours until 0935 hours, telephone punches and tier checks could not be accomplished as required by post orders/policy and procedures.

At approximately 0940 hours while I/M Lindsay was being placed in a shower, Sgt. Joseph Macchiarelli and I conducted a strip search of I/M Lindsay. While conducting the strip search of I/M Lindsay, he stated that he did not feel right and needed to speak with mental health. At that time, Femi from mental health was entering Building 17. I/M Lindsay was secured in the interview room on D-tier and Femi conducted an interview.

After the departure of medical and mental health from the unit, we was able to return to normal schedule and conduct the phone punches as outlined in the post orders/policy and procedures.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  
**Discovered By:** N/A  
**Date Collected:** N/A  
**Secured By:** N/A

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE  
**Restraints Used:** N/A  
**Immediate Action Taken:** N/A

## Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Holly, Furne | N/A | Contractors - Medical |
| Staff | Joseph, Macchiarelli J | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Joseph, Belanger | N/A | Shift Commander - Large Inst. |
| Inmate | Gerron, Lindsey M | 00326202 | N/A |

**Reporting Officer:** Belanger, Joseph (Shift Commander - Large Inst.)  
**Entered By:** Belanger, Joseph (Shift Commander - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 02/25/2005  **Approved by:** Mccreanor, Michael (Shift Commander - Large Inst.)  
**Comments:** N/A