OFFICE OF
ATTORNEY GENERAL
DEC 16 2005
RECEIVED
CORRECTION UNIT

GERRON LINDSEY SBI # 326202
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

December 8, 2005

Re: Lindsey v. Brady et. al
Civ. No. 05-632-SLR

Dear Counselor:

It is my understanding that you represent the defendants in the above matter. Today (December 8, 2005) Sergeant Joseph Belanger served my lunch. Since the start of this year it has been on going issues with myself and this Sergeant which a couple of the issues you are aware of. I don't feel it is appropriate for this Sergeant to be in contact with me while I have a pending Civil Action against him. And of equal importance I am not comfortable with him serving my food as he done today. I am asking you to look into this matter.

Sincerely,

Gerron Lindsey

Gerron Lindsey

CC: Clerk of the United States District Court