FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| Plaintiff, | ) |
| v. | ) C. A. No. 05-632-SLR |
| ATTORNEY GENERAL JANE BRADY, WARDEN THOMAS CARROLL, COMMISSIONER STANLEY TAYLOR, BUREAU CHIEF PAUL HOWARD, INTERNAL AFFAIRS, SERGEANT JOSEPH BELANGER, CORPORAL LISE MERSON, and C/O ROSALIE VARGUS, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

# SEALED

# DOCUMENTS

# 2 OF 2