IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,              )
                            )
          Plaintiff,         )
                            )
          v.                 ) Civ. No. 05-632-SLR
                            )
ATTORNEY GENERAL JANE BRADY, )
et al.,                      )
                            )
          Defendants.        )

### O R D E R

At Wilmington this 8th day of November, 2006, having
considered plaintiff's motion for leave to depose defendants;

IT IS ORDERED that:

1.    Plaintiff's motion for leave to depose defendants (D.I.
33) is **granted** to the extent that he may take the deposition of
defendant Sergeant Joseph Belanger pursuant to Fed. R. Civ. P.
31, which allows depositions upon written questions.  On or
before **December 6, 2006,** plaintiff shall submit to the court no
more than ten written questions for defendant Belanger.  The
questions shall be filed under seal to be viewed only by the
court and the officer before whom the deponent(s) will appear as
designated in the notice of deposition.  Plaintiff shall not
provide a service copy of the questions to defendants and/or
deponent.

2.    On or before **December 16, 2006,** counsel for defendants
shall contact Nancy Rebeschini, Esquire, the court's pro se law
clerk, to schedule a date and time for the written depositions.

The depositions shall take place at the J. Caleb Boggs Federal
Building, Wilmington, Delaware.

     3. The procedure for the written depositions shall be as
follows: The court will issue the notice for the written
depositions. The notice will include the name of the deponent
and the designated officer before whom the deponent will testify.
The deponent will be sworn in by the designated officer. The
designated officer will read aloud to the deponent the questions
as submitted by plaintiff. The designated officer will provide
paper and pen so that the deponent may provide a written answer
to each question. The deponent shall have the option of bringing
a laptop computer to the deposition as a means of answering the
questions. The court will provide a computer disc for the
answers typed into the computer. The deponent will verify his
written answers. The designated officer will certify the
deposition, file it with the court and mail complete copies of
the deposition to the plaintiff, defendants and/or deponents.

                                                                      United States District Judge

2