IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,
    Plaintiff,

v.

ATTORNEY GENERAL JANE BRADY,
et al.,
    Defendants.

Civ. No. 05-632-SLR



CONTINUING DISCOVERY    BD scanned

Request 9: The Standing operating procedure for medical care/emergencies for Delaware Correctional Center.

Request 10: The Standing Operating procedure SHU (security Housing Unit) inmates recieving medical care or emergency treatment.

Request 11: Delaware Correctional Center/Department of Corrections Grievance procedure.

Request 12: The Standing operating procedure for transporting SHU (security Housing Unit) inmates off their housing tier to any place (including medical, visits, recreation etc.).

Request 13: Transcripts from the taking of deposition of plaintiff on October 13, 2006.

## Certificate of Service

I hereby certify that on November 16, 2006, I by U.S. Postal Service, mailed $ Plaintiff motion for discovery to the Clerk of the court. I hereby certerfy that on November 16, 2006, I have mailed by U.S. Postal Service the document to Eileen Kelly, D.A.G.

*[signature]*

I/M Gerron LINDSEY
SBI# 326262   UNIT 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570