~~SEALED~~ unsealed 1/12/07   43

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,
    Plaintiff,

v.

ATTORNEY GENERAL JANE BRADY,
et al., Defendants.

Civ. No. 05-632-SLR


FILED
NOV 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

B scanned

The following questions are for defendant Joseph Belanger for the taking of deposition. (D.I. 33):

Question 1. What was your purpose in forcing the nurse to end Plaintiff Gerron Lindsey breathing treatment?

Question 2. Were you aware of Plaintiff Gerron Lindsey Condition at the time the treatment was ended?

Question 3. Are you certified medical personell?

Question 4. What is currently your rank for the department of correction?

Question 5. Upon you entering the medical office what was your observation?

Question 6. Have you ever been convicted of any crimes in any state? If so please identify what you were charged with.

Question 7. Other than what is stated in your incident report was there any other reason that the nurse was forced to end Plaintiff Gerron Lindsey breathing treatment?

Question 8. During the breathing treatment was Plaintiff Gerron Lindsey secured in any handcuffs or shackles. (If yes please describe how so)

Question 9. What is the standard operating procedure when medical staff deems a treatment for a inmate to be needed?

Question 10. Is it normal procedure for inmates to be strip down and searched after returning to their housing area from medical.

Certificate of Service

I hereby certify that on November 16, 2006, I mailed by U.S. Postal Service, ten questions to the Clerk of Court in the matter of (D.I. 33).

*Devron Lindsey*