IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-632-SLR |
| | ) |
| ATTORNEY GENERAL JANE BRADY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 5th day of December, 2006;

Having received plaintiff's written questions for depositions of defendants Joseph Belanger;

IT IS ORDERED that a deposition upon written questions, pursuant to Fed. R. Civ. P. 31, is scheduled before Nancy Rebeschini, Esquire, pro se law clerk, to be held on **Tuesday, December 19, 2006** at **11:30 a.m.**

The deposition shall take place in the visiting judges chambers, room 2325, on the second floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge