IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
CONTINUING REQUEST FOR PRODUCTION OF DOCUMENTS**

**GENERAL OBJECTIONS**

1.   Defendants object to the Requests to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2.   Defendants object to the Requests to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3.   Defendants object to the Requests to the extent that they purport to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4.   Defendants object to the Requests to the extent that they purport to seek

information or documents not in their possession, custody or control.

5. Defendants object to the Requests to the extent that they seek the production of documents equally available to the Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendants, but will not be produced.

6. Defendants object to the Requests to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. Defendants object to the Requests to the extent that they seek the production of documents generated by or received from their counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Defendants' Responses, Defendants respond, after a reasonable search, and subject to supplementation, as follows:

9. The standing operating procedure for medical care/emergencies for Delaware Correctional Center.

**RESPONSE:** Objection. This Request seeks production of confidential information protected from discovery by 11 *Del. C.* §4322.

10. The standing operating procedure for SHU (Security Housing Unit) inmates receiving medical care or emergency treatment.

**RESPONSE:** Objection. This Request seeks production of confidential information protected from discovery by 11 *Del. C.* §4322.

11.    Delaware Correctional Center/Department of Correction Grievance Procedure.

**RESPONSE:**    Objection. This Request seeks production of confidential information protected from discovery by 11 *Del. C.* §4322. Without waiving this objection, the grievance procedure is equally available to Plaintiff through the institutional law library.

12.    The standing operating procedure for transporting SHU (Security Housing Unit) inmates off their housing tier to anyplace (including medical, visits, recreation, etc.).

**RESPONSE:**    Objection. This Request seeks production of confidential information protected from discovery by 11 *Del. C.* §4322.

13.    Transcripts from the taking of deposition of Plaintiff on October 13, 2006.

**RESPONSE:**    This transcript has been provided to Plaintiff.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
820 North French Street, 6th Fl.,
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated: December 22, 2006

## *CERTIFICATE OF SERVICE*

      I hereby certify that on December 22, 2006, I electronically filed *Defendants' Response to Plaintiff's Continuing Request for Production of Documents* with the Clerk of Court using CM/ECF.  I hereby certify that on December 22, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Gerron Lindsey.

      /s/ Eileen Kelly
      Eileen Kelly (ID # 2884)
      Deputy Attorney General
      Department of Justice
      820 N. French St., 6th Floor
      Wilmington, DE 19801
      (302) 577-8400
      eileen.kelly@state.de.us