IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-632-SLR |
| | ) |
| ATTORNEY GENERAL JANE BRADY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the deposition of defendant Joseph Belanger having taken place,

NOW THEREFORE, IT IS HEREBY ORDERED this 8th day of January, 2007 that plaintiff's deposition questions found at D.I. 43 are unsealed.

_____
United States District Judge