IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-632-SLR |
| | ) |
| ATTORNEY GENERAL JANE BRADY, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION

At Wilmington this 12th day of January, 2007;

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on December 19, 2006, do here by certify that:

1. The deposition of Joseph Belanger was held on December 19, 2006, at 11:30 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware.

2. On that same date, Joseph Belanger declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by plaintiff, Gerron Lindsey, for deponent, Joseph Belanger.

4. I personally observed deponent, Joseph Belanger, answer in writing, the deposition questions.

5. A true and correct copy of the written questions filed by plaintiff, the original written answers of deponent, and

written original objections made by his counsel are attached hereto and are filed with the court, and copies shall be served upon the parties and the deponents.

I, Nancy Rebeschini, certify under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2007.

                                                         *Nancy Rebeschini*
                                                Nancy Rebeschini, Esquire,
                                                Designated Officer

CERTIFICATE OF SERVICE

I hereby certify that on January 12th, 2007, I caused to be electronically filed the attached Certification with the Clerk of the Court using CM/ECF, which will send notification of such filing to Eileen Kelly, Esquire, counsel for defendants. I further certify I caused a true and correct copy of the attached Certification to be served via U.S. mail on plaintiff, Gerron Lindsey, SBI #326202, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

_/s/ Nancy Rebeschini_
Nancy Rebeschini, Esquire,
Designated Officer

~~SEALED~~ unsealed 1/12/07

43

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,
    Plaintiff,

v.

ATTORNEY GENERAL JANE BRADY,
et al.,  Defendants.

Civ. No. 05-632-SLR


FILED
NOV 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

to scanned

The following questions are for defendant Joseph Belanger for the taking of deposition. (D.I. 33):

Question 1. What was your purpose in forcing the nurse to end Plaintiff Gerron Lindsey breathing treatment?

Question 2. Were you aware of Plaintiff Gerron Lindsey Condition at the time the treatment was ended?

Question 3. Are you certified medical personell?

Question 4. What is currently your rank for the department of correction?

Question 5. Upon you entering the medical office What was your observation?

Question 6. Have you ever been Convicted of any crimes in any state? If so please identify what you were charged with.

Question 7. Other than what is stated in your incident report was there any other reason that the nurse was forced to end Plaintiff Gerron Lindsey breathing treatment?

Question 8. During the breathing treatment was Plaintiff Gerron Lindsey secured in any handcuffs or shackles. (If yes please describe how so)

Question 9. What is the Standard operating Procedure when medical Staff deems a treatment for a inmate to be needed?

Question 10. Is it normal procedure for inmates to be strip down and searched after returning to their housing area from medical.

Certificate of Service

I hereby certify that on November 16, 2006, I mailed by U.S. Postal Service, ten questions to the clerk of court in the matter of (D.I. 33).

*Devron Lindsey*

JOSEPH BELANGER
DEC. 19, 2006

1) I DID NOT FORCE NURSE Holly FURNE TO END BREATHING TREATMENT ON JERRON LINDSAY

2) I AM NOT AWARE OF ANY CONDITIONS AT THE TIME

3) I CANNOT ANSWER THE QUESTION WITHOUT CLEAR UNDERSTANDING OF QUESTION

4) CORRECTIONAL SERGEANT

5) I DO NOT RECALL

6) YES, DUI FIRST OFFENSE IN STATE OF DELAWARE

7) NURSE WAS NOT FORCED TO END BREATHING TREATMENT

8) I DO NOT RECALL

9) PROVIDE TREATMENT

10) YES IF THERE IS PROBABLE CAUSE
///////////
JOSEPH H BELANGER
DEC. 19, 2006

Deposition of Joseph Belanger

Eileen Kelly Dec. 19, 2006

6. Objection as to relevance.

Eileen Kelly

*Eileen Kelly*
Attorney for Defendant Joseph Belanger