IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,

    Plaintiff,

v.

ATTORNEY GENERAL JANE BRADY,
et al.,

    Defendants.

Civ. No. 05-632-SLR

FILED
JAN 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

## MOTION FOR DEPOSITION

Plaintiff Gerron Lindsey, pro se, moves this Honorable Court to grant his motion under Fed. R. Civ. P. 30 to take written deposition of Correctional Officers Turner and Nikapara. These officers were present on February 23, 2005, the day this incident occured as a result, plaintiff with good reason believes Officers Turner and Nikapara testimony will be needed.

    Plaintiff respectfully request for this Honor court to grant his motion.

Respectfully,

[signature]

Certificate of Service

I hereby certify that on January 11, 2007, I by U.S. mail served the Clerk of Court with the attatched motion. I hereby certify that on January 11, 2007, I by U.S. mail served Eileen Kelly, D.A.G. with a copy of the attatched motion.

*Gennon Lindsey*

IM Gerron LINDSEY
SBI# 326202    UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3576

RECEIVED
JAN 2007
Delaware Correctional Center

U.S.M.S.
JAN 2 2007