IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,
    Plaintiff,

v.

ATTORNEY GENERAL JANE BRADY,
et al.,
    Defendants.

Civ. NO. 05-632-SLR

FILED
JAN 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

MOTION FOR TIME EXTENSION

Plaintiff Gerron Lindsey, request this Honorable Court to grant his motion based on the following:

1. Plaintiff is pro se in this matter and has limited knowledge of the law.
2. Plaintiff has to rely on the D.C.C. Law Library for legal material which plaintiff cannot personally attend the only access is by mail.
3. Plaintiff needs additional time to research and prepare his claims.

    Plaintiff respectfully ask this honorable Court to grant his motion.

Respectfully Submitted,
Gerron Lindsey

I hereby certify that on January 11, 2007, I served the clerk of court by U.S. mail with a motion for time extension. I hereby certify that on January 11, 2007, I served Eileen Kelly, D.A.G. with a copy of the attatched document by U.S. mail