IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,            C.A. NO. 05-632-SLR

    Plaintiff,

    v.

ATTORNEY GENERAL JANE BRADY,

       et. al,

    Defendants.

FILED
JAN 25 2007

## MOTION TO TAKE DEPOSITION

Come Now, Gerron Lindsey, plaintiff, pro se, Moves this honorable Court to grant his motion to take deposition under Fed. R. Civ. P. 30 of the following persons:

Thomas J. Seacord, who was the investigating officer in the grievance in this matter.

Sergeant Joseph J Macchiarelli, who was working in the area when the incident took place.

      Plaintiff respectfully request that this honorable court grant his motion.

                          Respectfully Submitted,

                          Gerron Lindsey

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I filed a Motion to take deposition with the Clerk of Court using U.S. Postal Service. I hereby certify that on January 23, 2007, I have mailed by U.S. Postal Service, the document to Eileen Kelly, D.A.G.

                                    Gerron Lindsey
                                    SBI No. 326202, D.C.C.
                                    1181 Paddock Road
                                    Smyrna, Delaware 19977

JM GERRON LINDSEY
SBI# 326202   UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $00.39⁰
0004608975 JAN 24 2007
MAILED FROM ZIP CODE 19977