**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE  19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE  19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**  Civil Division - New Castle County

February 2, 2007

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE  19801

      **RE:**    **Lindsey v. Brady, et al.**
              **C.A. No. 05-632-SLR**

Dear Judge Robinson:

      I am writing in reference to Plaintiff Gerron Lindsey's Motion for Extension of Time.  [D.I. 49].

      Please be advised that Defendants join in Plaintiff's Motion to extend the current scheduling order.  Mr. Lindsey recently provided Defendants with a telephone number for one of his witnesses, and Defendants will need additional time to depose that witness.

      Undersigned counsel is available if the Court requires additional information.

                                Respectfully submitted,

                                /s/ Eileen Kelly

                              Eileen Kelly
                              Deputy Attorney General

      cc:   Mr. Gerron Lindsey
               SBI # 00326202