IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-632-SLR |
| | ) |
| ATTORNEY GENERAL JANE BRADY, | ) |
| WARDEN THOMAS CARROLL, | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| BUREAU CHIEF PAUL HOWARD, | ) |
| INTERNAL AFFAIRS, SERGEANT | ) |
| JOSEPH BELANGER, CORPORAL | ) |
| LISE MERSON, and C/O ROSALIE | ) |
| VARGUS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 13th day of February, 2007, having considered plaintiff's motion for an extension of time (D.I. 49), and defendants' joinder (D.I. 51);

IT IS ORDERED that said motion is granted and the scheduling order is amended as follows:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **March 12, 2007**.

2. **Summary Judgment Motions.** All summary judgment motions along with opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **April 12, 2007**. Answering briefs and affidavits, if any, shall

be filed on or before **May 14, 2007**.  Reply briefs shall be filed on or before **May 28, 2007**.

                                                                           *[signature]*
                                                      United States District Judge