IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,
    Plaintiff,

v.

ATTORNEY GENERAL JANE BRADY,
WARDEN THOMAS CARROLL,
COMMISSIONER STANLEY TAYLOR,
BUREAU CHIEF PAUL HOWARD,
INTERNAL AFFAIRS,
SERGEANT JOSEPH BELANGER,
CORPORAL LISE MERSON, and
CORRECTIONAL OFFICER ROSALIE VARGUS,
    Defendants.

C.A. NO. 05-632-SLR

JURY TRIAL REQUESTED

FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RENEWED MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Gerron Lindsey, pursuant to §1915, requests this Honorable court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.
2. The issues involved in this case are complex.
3. The plaintiff, as a Super Maximum Security Unit inmate, has extremely limited access to the prison law library.
4. The plaintiff has a limited knowledge of the law.

WHEREFORE, plaintiff respectfully request that this Honorable Court grant his motion.

Respectfully Submitted,
Gerron Lindsey

UNIT SHU-17
RECTIONAL CENTER
ROAD
WARE 19977

United States District Court
844 N King Street, Lockbox 18
Wilmington, Delaware 19801-3570

MAIL

I/M: GERRON LINDSEY
SBI# 326262    UNIT SHU-17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570