IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-632-SLR |
| ) | |
| ATTORNEY GENERAL JANE BRADY, ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, ) | |
| COMMISSIONER STANLEY TAYLOR, ) | |
| BUREAU CHIEF PAUL HOWARD, ) | |
| INTERNAL AFFAIRS, SERGEANT ) | |
| JOSEPH BELANGER, CORPORAL ) | |
| LISE MERSON, and C/O ROSALIE ) | |
| VARGUS, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL AS TO JANE BRADY

**IT IS HEREBY STIPULATED**, by and between Plaintiff Gerron Maurice Lindsey and Defendant Jane Brady ("Brady"), and subject to the approval of this Court, that any and all of Plaintiff's claims against Brady are dismissed with prejudice.

_____  
Gerron Maurice Lindsey, *Pro Se*  
Plaintiff

STATE OF DELAWARE  
DEPARTMENT OF JUSTICE

_____  
Eileen Kelly, I.D. No. 2884  
Deputy Attorney General  
Carvel State Office Building  
820 North French Street, 6th fl.  
Wilmington, DE 19801  
(302) 577-8400  
eileen.kelly@state.de.us  
Attorney for Defendant Jane Brady

IT IS SO ORDERED this ___ day of _____, 2007.

_____  
United States District Judge