## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-632-SLR |
| | ) |
| ATTORNEY GENERAL JANE BRADY, | ) JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| BUREAU CHIEF PAUL HOWARD, | ) |
| INTERNAL AFFAIRS, SERGEANT | ) |
| JOSEPH BELANGER, CORPORAL | ) |
| LISE MERSON, and C/O ROSALIE | ) |
| VARGUS, | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Ralph K. Durstein III hereby enters his appearance in lieu of Deputy Attorney General Eileen Kelly as counsel for the Defendants Thomas Carroll, Stanley Taylor, Paul Howard, Internal Affairs, Joseph Belanger, Lise Merson and Rosalie Vargas.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Eileen Kelly | /s/ Ralph K. Durstein III |
| Eileen Kelly, I.D. #2884 | Ralph K. Durstein III, I.D. #912 |
| Deputy Attorney General | Deputy Attorney General |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| eileen.kelly@state.de.us | ralph.durstein@state.de.us |
| (302) 577-8400 | (302) 577-8400 |

Date:  March 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on March 15, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron Maurice Lindsey.

/s/ Ralph K. Durstein III
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ralph.durstein@state.de.us