IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Thomas Carroll, Stanley Taylor, Paul Howard, Internal Affairs, Joseph Belanger, Lise Merson and Rosalie Vargas ("Defendants"), by and through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Ralph K. Durstein III
        Ralph K. Durstein III, I.D. #912
        Deputy Attorney General
        820 N. French St., 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        ralph.durstein@state.de.us
        Attorney for Defendants

Dated: April 12, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-632-SLR |
| | ) | |
| ATTORNEY GENERAL JANE BRADY, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| INTERNAL AFFAIRS, SERGEANT | ) | |
| JOSEPH BELANGER, CORPORAL | ) | |
| LISE MERSON, and C/O ROSALIE | ) | |
| VARGUS, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

**IT IS SO ORDERED** this _____ day of _____, _____ that:

Summary Judgment is entered in favor of Defendants Thomas Carroll, Stanley Taylor, Paul Howard, Internal Affairs, Joseph Belanger, Lise Merson and Rosalie Vargas ("Defendants"), in their official and individual capacities, as to all claims.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 12, 2007, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on April 12, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron M. Lindsey.

                                                  /s/ Ralph K. Durstein III
                                                  Deputy Attorney General
                                                  Department of Justice
                                                  820 N. French St., 6th Floor
                                                  Wilmington, DE 19801
                                                  (302) 577-8400
                                                  ralph.durstein@state.de.us