# EXHIBIT A

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON MAURICE LINDSEY,       )
                              )
          Plaintiff,          )
                              )
                              ) Civil Action
     v.                       ) No. 05-632 SLR
                              )
ATTORNEY GENERAL JANE BRADY, et al. )
                              )
          Defendants.         )

          Deposition of GERRON M. LINDSEY taken pursuant to notice at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware, beginning at 10:00 a.m. on Friday, October 13, 2006, before Vincent J. Bailey, Registered Professional Reporter and Notary Public.

APPEARANCES:

    EILEEN KELLY, ESQ.
    STATE OF DELAWARE, DEPT. OF JUSTICE
      820 N. French Street, 6th Floor
      Wilmington, Delaware  19801
      For the Defendants

                WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
                (302) 655-0477


WILCOX & FETZER LTD.
Registered Professional Reporters



Case 1:05-cv-00632-SLR    Document 60-2    Filed 04/12/2007    Page 3 of 9



WILCOX & FETZER LTD.
Registered Professional Reporters

Gerron M. Lindsey

2

1          GERRON M. LINDSEY,
2   the deponent herein, having first been
3   duly sworn on oath, was examined and
4   testified as follows:
5                EXAMINATION
6   BY MS. KELLY:
7       Q.   Good morning, Mr. Lindsey.  I just wanted to go
8   over some of the rules of a deposition, even though we
9   have gone through this before.
10           First of all, you need to keep in mind that
11  the court reporter can only take down one of us talking
12  at one time, so you need to wait until I'm done talking
13  before you begin to speak.  If at any time you don't
14  understand a question that I've asked you, let me know,
15  and I'll try to rephrase it.
16           And if you need a break, you can let me know
17  that also.
18           Do you have any questions about those
19  general rules?
20      A.   No, I do not.
21      Q.   Could you state your full name for the record?
22      A.   Gerron Lindsey, G-e-r-r-o-n, Lindsey,
23  L-i-n-d-s-e-y, AKA Kushal Shah.
24      Q.   Can you spell that?



WILCOX & FETZER LTD.
Registered Professional Reporters

Gerron M. Lindsey

3

1   A.   K-u-s-h-a-l, S-h-a-h.

2   Q.   What's your date of birth?

3   A.   02/07/1982.

4   Q.   Did you graduate from high school?

5   A.   No, I did not.

6   Q.   What was your highest level of education?

7   A.   I believe it was 10th grade.

8   Q.   Where was that?  Where did you go to school?

9   A.   I went to school various places:  Springer Middle
10  School, Brandywood.

11  Q.   Where did you go to high school?

12  A.   I went to high school in -- I was in Ferris
13  around that time, so...

14  Q.   Okay.  Have you ever had employment?

15  A.   Approximately two days.

16  Q.   Where was that?

17  A.   At the Wall Street Deli in Wilmington.

18  Q.   When did you begin your present incarceration?

19  A.   February 29, year 2000.

20  Q.   Where were you when you were first incarcerated?

21  A.   Gander Hill Prison.

22  Q.   When did you move over to DCC?

23  A.   I'm not sure.  I don't want to give you a
24  misleading answer.  I'd say around the time maybe 2001.

Gerron M. Lindsey

4

```
 1    Q.   You are currently incarcerated for what offense?
 2    A.   I'm not going to answer no questions about that
 3  whatsoever.
 4    Q.   Okay.  Do you currently have a criminal matter
 5  pending?
 6    A.   Yes, I do.
 7    Q.   I'm not going to ask you about that, then.
 8         Where are you currently housed here at DCC?
 9    A.   In building 21.
10    Q.   I've got to over this.  You understand that I
11  represent the department defendants in this lawsuit?
12    A.   Yes.
13    Q.   Who are Jane Brady, Thomas Carroll, Stanley
14  Taylor, Paul Howard, Internal Affairs, Joseph Belanger,
15  Lise Merson and Rosalie Vargus?
16    A.   Yes.
17    Q.   This lawsuit, from what I understand from your
18  complaint, is about an incident that began in the nurse's
19  office in SHU building 17 on February 23, 2005.  Is that
20  right?
21    A.   That's correct.
22    Q.   You indicate in your complaint that at that time
23  you suffered from asthma.  Is that right?
24    A.   That's correct.
```



WILCOX & FETZER LTD.
Registered Professional Reporters

Gerron M. Lindsey

5

```
1    Q.   When were you first diagnosed with asthma?
2    A.   First diagnosed with asthma when I was about
3  fifteen.
4    Q.   Do you remember who diagnosed you?
5    A.   I can't remember that far back.
6    Q.   In the time frame when you were 15 years old were
7  you receiving treatment for asthma?
8    A.   Yes I was.
9    Q.   What kind of treatment were you getting?
10   A.   I was receiving inhalers and peak flows, daily
11 checkups.
12   Q.   A peak flow?
13   A.   Yes.
14   Q.   Where were you living at that time when you were
15 fifteen?
16   A.   I believe I was in Ferris.
17   Q.   Okay.  When you said, I think you said you were
18 getting daily treatment, was that the inhaler that you
19 were talking about?
20   A.   Yes.  That's correct.
21   Q.   Were you getting anything else on a daily basis?
22   A.   Only time I would receive something else, if it
23 was an emergency or maybe I was suffering from shortness
24 of breathe, then it would be something like maybe a visit
```



1  to a doctor or something along those lines, depending on
2  the situation -- or the severity of the situation.
3      Q.   If you experienced shortness of breath what would
4  the doctor do for you?
5      A.   If I'm experiencing shortness of breath, then I'm
6  directed to take my albuterol inhaler, which is supposed
7  to relieve me from that.  If that don't work, then I
8  contact a nurse and the nurse decides what the treatment
9  is going to be at that point or if I need any further
10 treatment.
11     Q.   Now, this lawsuit is about an incident that
12 happened in February 2005.  At that time what kind of
13 daily treatment were you getting for your asthma?
14     A.   I was receiving an inhaler called Cuvar, which
15 I'm supposed to take twice a day, two puffs.  And I also
16 had a inhaler called albuterol, which is for an emergency
17 if I'm suffering from shortness of breath.
18     Q.   At that time did you have the Cuvar inhaler in
19 your cell with you or would a nurse come by?
20     A.   My albuterol inhaler, I'd already took two puffs
21 of that and that was nearly empty.  So after taking
22 albuterol, I wasn't getting any kind of relief from it,
23 so I contact security who contacted the nurse on duty at
24 that time.

Gerron M. Lindsey

7

1  Q. Were you permitted to keep an albuterol inhaler
2  in your cell with you?
3  A. Yes. Cuvar and albuterol, both of them.
4  Q. Were those the only medications that you received
5  on a daily basis?
6  A. At that time, yes.
7  Q. Sometimes you would experience shortness of
8  breath, that's right?
9  A. Yes. That's correct.
10  Q. How often would that happen? I'm talking about
11  last February.
12  A. It's not something that happens too often.
13  Q. Now are you currently still suffering from
14  asthma?
15  A. Yes, I am.
16  Q. What kind of medication, if any, do you take on a
17  daily basis?
18  A. Albuterol when I'm suffering from shortness of
19  breath.
20  Q. Are you getting the Cuvar inhaler anymore?
21  A. No. I'm not getting that anymore.
22  Q. How often these days do you have shortness of
23  breath?
24  A. Not too often.