# EXHIBIT A (con't)

Case 1:05-cv-00632-SLR    Document 60-3    Filed 04/12/2007    Page 1 of 9

8

```
 1      Q.   So would you say that the albuterol keeps your
 2   asthma under control?
 3      A.   Yes.  Pretty much.
 4      Q.   Do you know how come you are not taking the Cuvar
 5   anymore?
 6      A.   Possibly because my condition improved.  I wasn't
 7   given a clear explanation on that, so...
 8      Q.   Do you remember when you stopped taking the
 9   Cuvar?
10      A.   Maybe three or four months ago, somewhere around
11   there.
12      Q.   Now, on the morning of February 23, 2005, how
13   were you feeling physically?
14      A.   I felt as though I couldn't catch my breath.
15      Q.   I believe you said that you had tried the
16   albuterol puffer and that didn't help?
17      A.   Yes.  That's correct.
18      Q.   When you realized that you were having trouble
19   breathing, what did you do?
20      A.   Contacted the officer that was working.
21      Q.   Do you remember who that was?
22      A.   I have no idea who it was.
23      Q.   Okay.  What did you tell him or her?
24      A.   Told the officer exactly what was going on, that
```



1  I was suffering from chest tightness, tightness, and my
2  inhaler wasn't working for me.
3      Q.   Do you know what the officer did in response to
4  that information?
5      A.   Apparently he told medical, because then I was
6  examined by medical.
7      Q.   This was building 17?
8      A.   That's correct.
9      Q.   Is there a medical department in building 17?
10     A.   It's a medical department throughout the prison.
11     Q.   Is there a particular office for medical
12 treatment in building 17?
13     A.   That's correct.
14     Q.   Do you know whether there's always a medical
15 staff person in that office?
16     A.   I wouldn't be able to tell you that, because
17 where the cells are located, I don't have a direct view
18 on who is in there at what time.  So I couldn't give you
19 an honest answer on that.
20     Q.   So you were taken over to the medical office.  Is
21 that right?
22     A.   Yes.  That's correct.
23     Q.   Do you remember who brought you over there?
24     A.   I remember both officers who took me over there.

1   It was Officer Turner and Officer Nikapara.
2       Q.   What happened when you got over to the medical
3   office?
4       A.   I was examined by the nurse and the nurse
5   determined that I was, in fact, suffering from shortness
6   of breath and I had a poor peak flow.  At that point she
7   provided me with a treatment called a nebulizer, which is
8   a breathing machine.
9       Q.   Do you know how she determined that you had a
10  poor peak flow?
11      A.   Yes.  There's an object maybe about 5 or 6 inches
12  long in which I have to blow into and that gives her some
13  idea of the strength of my lungs at that time.  And she
14  examined me with, I don't know exactly what it is called,
15  the thing she put on her ears and checked my lungs with.
16      Q.   Was there just one medical staff person over at
17  the medical office at that time?
18      A.   That's correct.
19      Q.   Who was that?
20      A.   That was Nurse Holly Fern.
21      Q.   Now, is the medical office just one room?
22      A.   Yes.
23      Q.   Were you cuffed and shackled at that time?
24      A.   That's correct, just as I am right now, only at

1  that point my hands were behind my back.
2     Q.   Did the officers come into the medical office
3  with you?
4     A.   The officers were standing right behind me
5  outside the door.
6     Q.   Were they standing in the doorway?
7     A.   Yes.
8     Q.   Do you know whether they were able to see into
9  the room to see what kind of treatment you were getting?
10    A.   Being as though that I'm not facing them, I
11 couldn't factually tell you if they could or not. But
12 being as though that the machine was sitting on my right
13 side and the nurse has to reach across and insert the
14 treatment into my mouth, then I imagine that they could
15 see it, because it's a very big window behind me. And
16 not only that, it's a door wide open right there.
17    Q.   So while you were getting your treatment, your
18 hands were still behind your back?
19    A.   That's correct, cuffed.
20    Q.   Do you know whether or not Nurse Fern regularly
21 worked in building 17?
22    A.   I have no idea of her work schedule or where they
23 place her at or the days she works. I have no clue.
24    Q.   About how long did the breathing treatment last?

1   A.   Maybe about 5, 10 minutes, before it was
2   interrupted.
3   Q.   How was it interrupted?  What happened?
4   A.   It was interrupted by Sergeant Joseph Belanger.
5   He entered the office, said I was holding him up from
6   doing his work, referring to myself and the nurse, and I
7   took up enough of his time.  And he ordered the nurse to
8   stop the treatment.
9   Q.   Now, you had been over to the medical office
10  before to get breathing treatment.  Is that right?
11  A.   No -- not the nebulizer treatment.  I've been
12  there for chronic care.
13  Q.   What does that involve, chronic care?
14  A.   Chronic care is when they are giving you a full
15  examination.  They check my breathing.  They check my
16  height, my weight.  They give me a peak flow.
17  Q.   How often would you go over for chronic care?
18  A.   I believe chronic care is every 90 days, if I'm
19  correct, if I'm not mistaken.
20  Q.   So this was the first time you had been over to
21  the office to get a nebulizer treatment?
22  A.   That's correct.
23  Q.   Had you ever gotten a nebulizer treatment before
24  this in any other place?



1    A.   No.  But I did get a nebulizer treatment before
2 that at one point.  So, excuse me, prior to that I had a
3 nebulizer treatment before.
4    Q.   Was that in building 17?
5    A.   That's correct.
6    Q.   Do you remember how long it took to finish the
7 treatment?
8    A.   No.  It was a while ago, so I couldn't tell you
9 the exact amount of time it took on that treatment.
10   Q.   Do you know what Sergeant Belanger's role was
11 that day?
12   A.   I'm a assume that role was that it was every day,
13 to be the building sergeant.
14   Q.   So you were familiar with him?
15   A.   Very familiar with him.
16   Q.   When the treatment was stopped by Nurse Fern, how
17 were you feeling?
18   A.   Well, after Sergeant Belanger ordered her to stop
19 the treatment, I wasn't feeling well at all.
20   Q.   Were you still having shortness of breath?
21   A.   Yes, I was.  My chest was still tight.  I was
22 still in a very uncomfortable position.
23   Q.   Do you know whether that day during the course of
24 this treatment, whether Nurse Fern called the doctor?

14

```
1      A.   I don't believe that information was shared with
2   me.
3      Q.   When Sergeant Belanger told Nurse Fern to stop
4   the treatment, then what happened?
5      A.   He made a statement about he was going to write
6   me and the nurse up for wasting his time.  And I was
7   removed from the medical office and taken to the shower
8   and strip searched for some apparent reason.
9      Q.   Who escorted you from the medical office to the
10  shower?
11     A.   Office Turner, Office Nikapara, Sergeant
12  Belanger.  There was another officer present, but I don't
13  know that officer's name.
14     Q.   When Sergeant Belanger told Nurse Fern to stop
15  the treatment, did she say anything in response?
16     A.   Yes.  She actually protested and said that this
17  could be possibly dangerous and it could escalate to a
18  life-threatening level.  But that didn't seem to matter
19  to him at all.
20     Q.   What did Sergeant Belanger say, if anything?
21     A.   I couldn't repeat the things that he said.
22     Q.   Did Nurse Fern say anything else, if you
23  remember?
24     A.   I know she protested diligently for him not to
```



WILCOX & FETZER LTD.
Registered Professional Reporters

15

1  have the treatment ended.
2     Q.   When you were taken to the showers, were you made
3  to take a shower?
4     A.   No.  I was strip searched.
5     Q.   Who did that?  Who conducted the strip search?
6     A.   Sergeant Belanger.
7     Q.   Was it unusual to be strip searched after having
8  been to the medical office?
9     A.   It was very unusual.
10    Q.   Were you strip searched before you were taken
11 over there?
12    A.   No, I was not.
13    Q.   During the actual strip search was there anybody
14 else there besides Sergeant Belanger?
15    A.   Yes.  Officer Nikapara, Officer Turner.
16    Q.   While you were being strip searched, did Sergeant
17 Belanger say anything to you?
18    A.   He told me to hand him my clothes and he looked
19 over my body, and at that point he returned my clothes.
20    Q.   Did the other officers that were there say
21 anything to you?
22    A.   Not to my knowledge.
23    Q.   What happened after you were strip searched?
24    A.   I was strip searched.  Then I was placed in the

