# EXHIBIT A
# (con't 1)

Gerron M. Lindsey

16

```
 1  interview room, because I was having a serious problem
 2  with what was going on and I requested to speak with a
 3  counselor.
 4      Q.  How were you feeling physically at that point?
 5      A.  I was -- how was I feeling?  My condition hadn't
 6  improved at all.
 7      Q.  Did a counselor come over to talk to you?
 8      A.  I believe a counselor did come that day.  I
 9  believe so.  I believe it was Femi from mental health.
10      Q.  Is that the person's first name?
11      A.  I couldn't tell you if it was his first or last
12  name.
13      Q.  This was a man?
14      A.  Yes.  That's correct.
15      Q.  Did you speak alone with Femi?
16      A.  Yes, I did.
17      Q.  Now, I think you said you were having problems
18  with what was going on?
19      A.  Yes.  That's correct.
20      Q.  Are you talking about Sergeant Belanger
21  interrupting the treatment?
22      A.  Yes.  That's correct.
23      Q.  Strip searching you?
24      A.  That's correct.
```



WILCOX & FETZER LTD.
Registered Professional Reporters

Gerron M. Lindsey

17

```
1    Q.   What did you discuss with Femi?
2    A.   We went over various things, including issues
3  relating to my mental headlight, which those things I
4  will not talk about at this point.
5    Q.   Did Femi do anything for you?
6    A.   We spoke and that's about it.
7    Q.   After you were done speaking with Femi, what
8  happened?
9    A.   I was placed back in my cell.  I also had a new
10 inhaler.  That's about it.
11   Q.   So you had a new albuterol inhaler?
12   A.   That's correct.
13   Q.   Do you know where that came from?
14   A.   I believe it came from the nurse's office.
15   Q.   Do you remember who returned you to your cell?
16   A.   Same officers who came and got me from the
17 nurse's office.
18   Q.   Now, they weren't present while you were talking
19 to Femi.  Is that right?
20   A.   They was outside the door.
21   Q.   Okay.  Do you know whether they would have been
22 able to hear what you were talking about?
23   A.   I have no clue.
24   Q.   When you were returned to your cell, were you
```



WILCOX & FETZER LTD.
Registered Professional Reporters

```
 1  still experiencing shortness of breath?
 2      A.   Yes, I was.
 3      Q.   Were you able at that time to use your inhaler?
 4      A.   I could have used it, but it's not recommended to
 5  constantly use it, because it could possibly worsen your
 6  condition.  So at that point I laid down and basically
 7  got through it.
 8      Q.   At some point did your breathing return to
 9  normal?
10      A.   Yes, it did.
11      Q.   Do you remember how long it took for that to
12  happen?
13      A.   I couldn't give you an honest answer on that.
14      Q.   Had you ever had treatment with Nurse Fern in the
15  past?
16      A.   The first nurse that gave me the treatment, I'm
17  not sure who it was.  It was a while ago.  I couldn't
18  honestly tell you who that nurse was that gave me that
19  treatment.
20      Q.   Had you ever received any kind of treatment or
21  exam from Nurse Fern before?
22      A.   Sure.
23      Q.   Was that in building 17?
24      A.   Building 17 and the infirmary, building 18 when
```



1  the first civil action occurred.
2      Q.   Are you talking about the prior lawsuit you had
3  against Lieutenant Rispoli?
4      A.   That's correct.
5      Q.   Was your relationship with Nurse Fern anything
6  other than patient/nurse?
7      A.   At that point she was somebody that was very
8  understanding to the things I was going through and
9  experiencing at that time and she was someone that I
10 always conversated with and someone that I was
11 comfortable with expressing things to.
12     Q.   So would you characterize your relationship as
13 being friendly?
14     A.   Yes.
15     Q.   Was your relationship anything further than being
16 friends?
17     A.   No.
18     Q.   Did you have a physical relationship with her?
19     A.   It was impossible to have a physical relationship
20 with her.
21     Q.   So that's a no?
22     A.   Yes. That's no.
23     Q.   In your answer to interrogatories you indicated
24 Nurse Fern as being a witness to your claims. Is that



1  right?
2    A.  Yes.
3    Q.  Do you know her current address?
4    A.  I don't believe I know her address.  Last address
5  I had for her was -- DCC address, 1181 Paddock Road.
6    Q.  If you do get a more recent address for her, I do
7  need that, because if you are going to use her as a
8  witness I'll need to have the opportunity to depose her.
9    A.  Okay.  No problem.  So what I send you that by
10 mail?
11   Q.  Sure.
12   A.  Okay.  No problem.
13   Q.  Now, you did file a grievance related to this
14 matter.  Is that right?
15   A.  That's correct.
16       MS. KELLY:  Can you mark this as Exhibit 1?.
17       (Lindsey Deposition Exhibit No. 1 marked for
18 identification.)
19 BY MS. KELLY:
20   Q.  I've had placed in front of you what's been
21 marked as Lindsey Exhibit 1.  I'd like you to look that
22 over and let me know when you've had a chance to do that?
23   A.  Excuse me.  What would you like me to do with
24 this?

Gerron M. Lindsey

21

```
 1     Q.   I want you to read it over and what I want to
 2  know is whether you have seen it before.  So I want to
 3  give you a chance to look it over, see if it is familiar
 4  to you.  It's several pages, so I don't know if you want
 5  to go ahead and look through it.
 6     A.   (Witness reviewing document.)
 7          Yes, I've seen this before.
 8     Q.   Do you want to look through the rest of it?  I
 9  don't know whether you have the subsequent pages?
10     A.   (Witness complies.)
11          I've seen the first page.  I haven't seen
12  the rest of them.
13     Q.   Have you had a chance to look it over to your
14  satisfaction?
15     A.   Yes.
16     Q.   Okay.  Is this the grievance that you filed
17  related to the February 23 incident?
18     A.   This is not the original grievance.  This seems
19  likes a modified version of it, but it's pretty much the
20  complaint I had, but this is not exactly the grievance
21  that I filed.
22     Q.   So yours would have been a handwritten form,
23  right?
24     A.   That's correct.
```



WILCOX & FETZER LTD.
Registered Professional Reporters

Gerron M. Lindsey

22

```
 1    Q.   Somebody typed this?
 2    A.   That's correct.
 3    Q.   Is it substantially similar to what you wrote
 4  down?
 5    A.   Yes.  A bit modified, but, yes, it is similar.
 6    Q.   Do you know how it has been modified?  Can you
 7  point to anything?
 8    A.   Because I'm certain that the grievance was longer
 9  than that.
10    Q.   Okay.  Do you remember what else may have been in
11  there?
12    A.   I couldn't tell you word for word, but I know for
13  sure that the grievance has been modified.
14    Q.   This grievance was against Sergeant Belanger.  Is
15  that right?
16    A.   That's correct.
17    Q.   What happened with this grievance?
18    A.   Well, this is not the only complaint that I
19  wrote, but with this grievance in particular I was seen
20  by Corporal Merson and -- Corporal Lise Merson that is
21  and Officer Rosalie Vargus of the grievance chair and
22  they advised me that the grievance was nongrievable,
23  which I believe is marked at the status of this grievance
24  report, it was found to be nongrievable.  At that point
```

Gerron M. Lindsey

23

1  there was no further action for me to take.
2      Q.  Did they tell you why it was nongrievable?
3      A.  No.  They did not at all tell me why it was
4  nongrievable.
5      Q.  Do you have any understanding as to why it was
6  nongrievable?
7      A.  No.  But I did review the grievance procedure of
8  the prison and there's nothing that specifically tells
9  you what to do when an issue is found to be nongrievable.
10 Normally if my grievance was denied, I would appeal it.
11 But being as though it was found to be nongrievable,
12 there's no further steps that I could take.  And I have
13 no idea how they reached the conclusion that it was
14 nongrievable.
15     Q.  So you spoke with Lise Merson and Rosalie Vargus?
16     A.  Yes.  I also spoke with Internal Affairs, also.
17     Q.  Okay.  Was that just one conversation with
18 Corporal Merson and Officer Vargus?
19     A.  I believe it was.
20     Q.  Did you speak to both of them at the same time?
21     A.  Yes, with another inmate present.
22     Q.  Do you remember who that was?
23     A.  I have no idea who it was.
24     Q.  Why was there another inmate there?  Do you know?



WILCOX & FETZER LTD.
Registered Professional Reporters