# EXHIBIT A
# (con't 2)

Gerron M. Lindsey

24

1    A.   Because they have this thing where, supposed to

2  be an inmate representative.

3    Q.   Were you given any kind of paperwork about the

4  denial of your grievance or the finding?

5    A.   I was just told verbally.  That was the end of

6  that.

7    Q.   Did you ever discuss this issue with Corporal

8  Merson at any other time?

9    A.   Not to my knowledge, no.

10    Q.   What about Officer Vargus?

11    A.   No.

12    Q.   Now, you just mentioned that you had a

13  conversation with Internal Affairs?

14    A.   That's correct.

15    Q.   I think, according to your complaint, that

16  happened April 2005?

17    A.   Yes.

18    Q.   Who did you talk to?

19    A.   I couldn't tell you the exact person I talked to.

20  I know it was someone from the office of Internal Affairs

21  and they brought up the fact that I had wrote to Jane

22  Brady, I wrote to Stan Taylor, which is the commissioner,

23  and also wrote to the bureau chief, Paul Howard, and I

24  expressed my issues and concerns to all of these people.

Gerron M. Lindsey

25

1 And as a result, Internal Affairs was sent to speak with

2 me in a recorded conversation and we spoke about the

3 issue.  That was basically the end of that.

4      Q.   So you didn't ask to talk to them.  They were

5 sent to talk to you?

6      A.   No.  I didn't ask to talk to them.

7      Q.   What was this person saying to you?

8      A.   This person was basically asking me questions

9 like the morning -- questions about the situation that

10 occurred.  I answered his questions.  That was that.

11      Q.   You are talking about the February 23 incident?

12      A.   Yes.  That's correct.

13      Q.   Now, you said that you had written to Jane Brady?

14      A.   Yes.

15      Q.   Do you have a copy of that letter?

16      A.   No.  I don't have a copy of that letter.  But the

17 same letter that she received, Stan Taylor received, Paul

18 Howard received.  I sent it to the governor's office.  I

19 sent it to the Delaware Center for Justice.  I sent it to

20 the ACLU.  I sent copies to all those people and I marked

21 that at the bottom of the letter, CC.  I sent that to all

22 those people.

23      Q.   So it was just one letter that got sent to a

24 number of people?



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Gerron M. Lindsey

26

1   A.   That's correct.  Then again, I'm not sure if it

2   was just a general letter written like that.  I know all

3   of those people received my complaints, but I can't say

4   if it was just one letter directed to one person that was

5   sent to everybody.  I'm not too clear on that right at

6   this point.

7   Q.   You don't remember?

8   A.   No, I don't.

9   Q.   Was the letter talking about the incident with

10  Sergeant Belanger?

11  A.   The letter was talking about everything in the

12  whole, including Sergeant Belanger, his -- let me see --

13  his -- it contained various complaints about Sergeant

14  Belanger.

15  Q.   So it wasn't just the February 23rd incident?

16  A.   No, it wasn't.

17  Q.   Do you remember what kind of things you were

18  complaining about?

19  A.   The things that I complained about besides this

20  incident, I'm not -- I'm not going to go into, because it

21  is not related to this.

22  Q.   So you are not making any claims in this lawsuit

23  about those other issues?

24  A.   No.  Not at all.



Gerron M. Lindsey

27

1    Q.    Okay.  Now, I think you have gone over with me

2  the reasons why Sergeant Belanger is named in this

3  lawsuit that you had, that you are complaining about him

4  stopping your breathing treatment and strip searching

5  you?

6    A.    Sure.

7    Q.    Is there any other reason why you are suing him

8  in this particular complaint?

9    A.    The reason why I'm suing him is in this

10  complaint.

11    Q.    Okay.  What about Jane Brady, why is she named in

12  the complaint?

13    A.    Because I made her aware of the situation and no

14  action was taken whatsoever.  Not even a response to my

15  letter or my complaint.

16    Q.    This is the letter that we were just talking

17  about a minute ago?

18    A.    That's correct.

19    Q.    What about Warden Carroll, why is he sued?

20    A.    Well, I think that was an error on my part,

21  because I didn't send him no letter or no complaint.  So

22  I plan on dismissing him from this action.

23    Q.    What about Commissioner Taylor, why has he been

24  sued?

Gerron M. Lindsey

28

| | | |
|---|---|---|
| 1 | A. | Because I made him aware of what was going on. |

2    Q.    That's the same letter we were talking about?

3    A.    That's correct.

4    Q.    What about Bureau Chief Howard?

5    A.    I made him aware.

6    Q.    That's the same letter we were talking about?

7    A.    Yes.

8    Q.    Why have you filed suit against Internal Affairs?

9    A.    Because they directly knew what was going on.

10   They came and spoke to me about this situation and no

11   action was taken whatsoever, no follow up, nothing at

12   all.

13       Q.    Now, Jane Brady didn't know about the breathing

14   treatment incident while it was happening.  She wasn't

15   there?

16       A.    No.  She wasn't there at all.

17       Q.    Neither was Commissioner Taylor or Paul Howard?

18       A.    Only person that was there that's named in here

19   is Sergeant Belanger and, excuse me, Nikapara and Turner.

20       Q.    But they are not defendants.

21       A.    Exactly.  They are not defendants.

22       Q.    Okay.  Why have you filed suit against Corporal

23   Merson?

24       A.    Because I don't believe that the grievance board



29
1    handled the grievance appropriately.  And I don't feel as

2    though the grievance was addressed with any kind of

3    seriousness.  And it wasn't like she came and talked to

4    me prior to making this decision.  It was just, well,

5    this basically -- she read the complaint and, well, we

6    find this to be nongrievable.  There was no investigation

7    done.  That was basically the end of that.

8        Q.    What about Rosalie Vargus, why is she named in

9    this lawsuit?

10       A.    Because she was on the grievance board.

11       Q.    So those are the same reasons that you have

12   described for Corporal Merson?

13       A.    Yes.  That's correct.

14       Q.    Now, since February 2005 have you had any

15   physical problems that you feel were caused by that

16   incident?

17       A.    Not that I can recall.  But at the same time, I'm

18   not no qualified medical expert or nothing like that, so

19   I couldn't even give you an honest answer on that

20   question.

21       Q.    What about the whole situation with Lise Merson

22   and Officer Vargus with the grievance process?  Are you

23   having any physical problems or have you had any physical

24   problems that you feel were caused by that whole



Gerron M. Lindsey

30

1   situation?

2       A.    What situation are you referring to?

3       Q.    You have made claims about Lise Merson and

4   Corporal Vargus not handling the grievance properly.   Is

5   that right?

6       A.    Yes.   That's correct.

7       Q.    That situation, do you feel that that has caused

8   you any physical problems?

9       A.    No.   But I know the grievance board is under

10  obligation to handle these matters in an appropriate

11  manner and this wasn't handled -- I don't feel it was

12  handled appropriately.

13      Q.    Is there anything else that you want to tell me

14  about this complaint that we haven't already gone over?

15      A.    Not at all.   You asking the questions.

16      Q.    Are you still going to the chronic care clinic?

17      A.    No.   But I'm receiving albuterol, my asthma pump

18  still basically as needed.

19              MS. KELLY:   I don't think I have any other

20  questions for you, Mr. Lindsey.   I think we are done.

21              (The deposition concluded at 10:50 a.m.)

22

23

24



**WILCOX & FETZER LTD.**
Registered Professional Reporters

31

```
 1                    I N D E X

 2   DEPONENT:   GERRON M. LINDSEY              PAGE

 3      Examination by Ms. Kelly                  2

 4

                  E X H I B I T S

 5

     LINDSEY DEPOSITION EXHIBITS              MARKED

 6

        1                                       20

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

**W&F**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

32

1

2

3          REPLACE THIS PAGE

4          WITH THE ERRATA SHEET

5          AFTER IT HAS BEEN

6          COMPLETED AND SIGNED

7          BY THE DEPONENT.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

33

1    State of Delaware)
                    )
2    New Castle County)

3

4                    CERTIFICATE OF REPORTER

5

          I, Vincent J. Bailey, Registered Professional
6    Reporter and Notary Public, do hereby certify that there
     came before me on Friday, October 13, 2006, the deponent
7    herein, GERRON M. LINDSEY, who was duly sworn by me and
     thereafter examined by counsel for the respective
8    parties; that the questions asked of said deponent and
     the answers given were taken down by me in Stenotype
9    notes and thereafter transcribed by use of computer-aided
     transcription and computer printer under my direction.

10

          I further certify that the foregoing is a true
11   and correct transcript of the testimony given at said
     examination of said witness.

12

          I further certify that I am not counsel,
13   attorney, or relative of either party, or otherwise
     interested in the event of this suit.

14

15

16

                     Vincent J. Bailey, RPR,
17                   Certification No. 171-RPR
                     (Expires January 31, 2008)

18

19   DATED:        11-14-06

20

21

22                        

23

24

**WILCOX & FETZER LTD.**
Registered Professional Reporters