# EXHIBIT D

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/30/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 11771 | Grievance Date : 02/23/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Resol. Date : |
| Grievance Type: Disciplinary | Incident Date : 02/23/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was in the nurses offic in SHU 17 getting treated by Nurse Holly F for my breathing trouble. I was accompanied by Correctional officers Tunrer and Nikapara. Sergeant J. Bellanger entered the office and told myself and Nurse Holly F that he was writing the both of us up for me receiving treatment because it was slowing his work down. He forced her end the treatment. Aftr I was escorted back to D tier I was placed in the showers. Sgt Bellanger came up to the shower and told me to strip down and give hime all of clothes that I had on.

**Remedy Requested :** I request that my medical chart be reviewed to verify that I am a asthma patient. i also ask that Sergeant J Bellanger not end my medical treatment when it's needed. And I request that action be taken against Sergeant J Bellanger for harassment and cruel and unusual punishment.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Sagers, Clyde |
| Grievance Amount : | |

Page 1 of 4

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/30/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 11771 | Grievance Date : 02/23/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Disciplinary | Incident Date : 02/23/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location :Bldg 19, Upper, Tier B, Cell 9, Single | |

### INFORMAL RESOLUTION

Investigator Name : Sagers, Clyde                       Date of Report 02/28/2005

Investigation Report :

Reason for Referring:

---

Investigator Name : Seacord, Thomas J                    Date of Report 03/03/2005

Investigation Report : I interviewed Nurse H. Furne and instructed that she could not take too long for each individual. Sgt Belanger did write a 404 on the incident.

Reason for Referring: Please investigate and resolve.

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/30/2005

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 11771 | Grievance Date : 02/23/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Disciplinary | Incident Date : 02/23/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

### IGC

Medical Provider:        Date Assigned

Comments:

☐ Forward to MGC          ☐ Warden Notified

☑ Forward to RGC          Date Forwarded to RGC/MGC : 03/03/2005

☐ Offender Signature Captured   Date Offender Signed   :

Page 3 of 4

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/30/2005

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 11771 | Grievance Date : 02/23/2005 | Category : Individual |
| Status ; Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Disciplinary | Incident Date : 02/23/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

RGC

Date Received : 03/03/2005    Date of Recommendation: 06/27/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### VOTE COUNT

Uphold :            Deny :            Abstain :

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Non-grievable. Disciplinary