GERRON LINDSEY
SBI No. 326202, D.C.C.
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

April 21, 2007

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, Delaware 19801



05-632 (SLR)

FILED
APR 30 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BD Scanned

Re: Lindsey v. Brady, et, al.

Dear Judge Robinson:

    I am currently on this isolation tier without my legal work and the appropriate documents. As a result, I am unable to meet the deadlines you have set. Also the law library is refusing to provide me with my requests which is holding me up a great deal.

    Ma'am, my intent is not to cause delay. I am diligently trying to respect the deadlines you have but it is almost impossible being on this status. I also wrote to the proper authorities about me not recieving my law library requests but I got no answer.

    Could you please put the proceedings on hold until I get the appropriate paperwork and documents?

Respectfully Submitted,

Gerron Lindsey

IMGERROAL LINDSEY
SBI# 326202     UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

LEGAL MAIL
APRIL 21, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, Delaware
19801