Lindsey v. Brady et, al.
C.A. NO. 05-632-SLR

05-632

United States District Court
For the District of Delaware.



Dismissal

Plaintiff Gerron M. Lindsey wishes to dismiss:
- Warden Thomas Carroll
- Commissioner Stanley Taylor
- Bureau Chief Paul Howard
- Internal Affairs
- Corporal Lise Merson
- % Rosalie Vargus.

Respectfully Submitted,
Gerron Lindsey

Cc: Ralph Durstein, D.A.G.

I/M: GERRON LINDSEY
SBI# 326202   UNIT 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





Sent out: May 8, 2007

Clerk, United States District Court
844 King Street, Lockbox 18
Boggs Federal Building
Wilmington, Delaware
19801

Legal M