GERRON LINDSEY

SBI No. 326202, D.C.C.

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977



FILED
MAY 1 6 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BD scanned

May 2, 2007

The Honorable Sue L. Robinson

United States District Court, Lockbox 18

844 King Street

Wilmington, Delaware 19801

        Re: Lindsey v. Brady et, al.

        C.A. NO. 05-632-SLR /Enclosure

Dear Judge Robinson:

    Enclosed is an example of the delays the prison law library is causing me. I am Pro se and I requested several pages from the self help litigation manual and the law library staff wrote ;next time. At this point I still have not recieved them. I am diligently trying to file an effective reply to the defendants motion for Summary Judgment, however, I am being prevented from doing so.

                                  Sincerely,

                                  Gerron Lindsey

GENERAL REQUEST FORM    BLD. # _19_
                        Cell # _D-28_

RECEIVED
APR 25 2007
SHU LAW LIBRARY

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

next time ←  I need the following pages from the self help litigation manual ', 1,4,11,15,19, 37, 476, 474, 480, 481, 525, 571, 572, 573, 574

39, 46, 49, 52, 54, 59. ~~[crossed out]~~

1-copy of the PLRA in full

Evans v. City of Marlin, TX., 486 F.2d 104, 107 (5th Cir. 1993)

Allah v. Al-Hafeez, 226 F.3d 247, 250 (3d Cir. 2000).

Doe v. Delie, 257 F.3d 309, 314 (3d Cir. 2001)

Subpoenas for District Court

wrong cite ←  Trents Flying Service, 45 Fed. Appx. 325 (5th Cir. 2002)

Sarro v. Essex County Correct. Facility, 84 F. Supp. 2d 175, 178 (D. Mass 2000)

28 U.S.C. § 1915 (G)

Name _Gerron Lindsey_   S.B.I. _326202_   Date: _April 24, 2007_

Date Received: _4/25/07_    Pay-to Log # _____
Date Sent _4/27/07_         Staff Initials: _BS_

Staff Notes: _(4) cases (1) U.S.CA (59) pages
             (1) Subpoena_

I/M GERRON LINDSEY
SBI# 326202    UNIT 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL



US POSTAGE $00.39
MAY 10 2007
MAILED FROM ZIP CODE 19977

The Honorable Sue L. Robinson
United States District Court
Lockbox 18, 844 King Street
Wilmington, Delaware
19801