IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-632-SLR |
| | ) |
| WARDEN THOMAS CARROLL et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 12th day of June, 2007, having considered plaintiff's motions to take depositions;

IT IS ORDERED that plaintiff's motions to depose correctional officers Turner and Nikapara, investigating officer Thomas J. Seacord, and Sergeant Joseph J. Macchiarelli are **denied**. (D.I. 48, 50) Plaintiff failed to make a showing of his financial ability to pay for the costs associated with the depositions as ordered by the court on April 4, 2007.

_____
UNITED STATES DISTRICT JUDGE