GERRON LINDSEY A/K/A KUSHAL SHAH
SBI No. 326202, D.C.C.
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

June 23, 2007

The Honorable Sue L. Robinson
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

FILED
JUN 28 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Lindsey v. Carroll et al.
Civ. Action No. 05-632-SLR / Enclosures

Dear Judge Robinson:

On June 23, 2007 I recieved a letter from this court, however, the letter was opened by staff while I was not present and it was sent back to the mail room. Officer Lamon of the mailroom sent the opened mail to Major Holman which read:

Maj Holman
this legal
mail came
back from
SHU opened
inmate did
not sign for it.
I think staff opened

the legal mail. [sic] (see exhibit A)

The legal mail is stamped for arriving to D.C.C. on June 15, 2007 (See exhibit B). I recieved the mail on June 23, 2007 from Sergeant Thomas. My legal mail is being opened and read while I am not present and it is being withheld. These problems are now arising to Constitutional violations. I recently alerted the unit manager Karen Hawkins about these ongoing issues and my letter was ignored. In April the exact same issue took place with my legal mail being opened and I submitted a grievance, however it was denied. (See exhibit C).

I have grave concerns about these issues because things are worst and I fear my problems with the officers will lead to more serious things. I request that the court takes the action it deems appropriate because the prison authorities are letting these issues remain unresolved.

Respectfully Submitted,
Jerron Lindsey

Cc: Deputy Warden David Pierce
Major Holman
Staff Lieutenant Karen Hawkins
Ralph Durstein, D.A.G
I.G.C.

MAJ HOLMAN
THIS LEGAL
MAIL CAME
BACK FROM
SHU OPENED
+ INMATE DID
NOT SIGN FOR IT.
I THINK STAFF OPENED
THE LEGAL MAIL

C/O LAMON

EXHIBIT A

EXHIBIT 1 B

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Gerron Lindsey
SBI #326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RECEIVED
JUN 15 2007
Delaware Correctional Center

FORM #584

## GRIEVANCE FORM

FACILITY: Delaware Correctional Center    DATE: April 29, 2007

GRIEVANT'S NAME: KUSHAL SHAH    SBI#: 326202

CASE#: 112403    TIME OF INCIDENT: Approx. 7:30 pm

HOUSING UNIT: SHU-19  DL8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

As stated in the inmate handbook, I have followed the appropriate chain of command about the following issues and I got no results. As a result, I am filing this complaint. I recieved a letter from attorney "Diane Clarke Street" and it was labeled "legal mail", however, the mailroom staff still opened it. (I still have the envelope if needed).

Further, my newsjournals are being withheld. My family contacted the company and their records show that my newsjournals are being delivered to the prison but they are not coming to me.

ACTION REQUESTED BY GRIEVANT: I request that an investigation be done and the appropriate action be taken for my right to Attorney-client privacy being violated.

I further request that my newsjournals be delivered on the appropriate day and not be withheld.

GRIEVANT'S SIGNATURE: Kushal Shah    DATE: April 29, 2007

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

RECEIVED
MAY 03 2007
Inmate Grievance Office

EXHIBIT C

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   \_\_\_\_\_Disciplinary Action   \_\_\_\_\_Parole Decision
\_\_\_\_\_Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*I/M's cannot request disciplinary action against staff.*

*Even though you had a name change DOC has you listed under your commented name.*

\_\_\_\_Cpl M. [signature]\_\_\_\_      \_\_05/09/07\_\_
Inmate Grievance Chairperson            Date

Form#: 584 (F&B)
(Reverse Revised July '99)

IM GIERRON LINDSEY
SBI# 326202    UNIT 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL
MAIL

The Honorable Sue L. Robinson
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570