IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-632-SLR |
| ) | |
| ATTORNEY GENERAL JANE BRADY, ) | |
| WARDEN THOMAS CARROLL, ) | |
| COMMISSIONER STANLEY TAYLOR, ) | |
| BUREAU CHIEF PAUL HOWARD, ) | |
| INTERNAL AFFAIRS, SERGEANT ) | |
| JOSEPH BELANGER, CORPORAL ) | |
| LISA MERSON, and C/O ROSALIE ) | |
| VARGUS, ) | |
| ) | |
| Defendants. ) | |

ORDER

At Wilmington this 11th day of March, 2008, consistent with the memorandum opinion issued this same date;

IT IS HEREBY ORDERED that defendant's motion for summary judgment (D.I. 59) is granted. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

_____
United States District Judge