IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-632-SLR |
| ) | |
| ATTORNEY GENERAL JANE BRADY, ) | |
| WARDEN THOMAS CARROLL, ) | |
| COMMISSIONER STANLEY TAYLOR, ) | |
| BUREAU CHIEF PAUL HOWARD, ) | |
| INTERNAL AFFAIRS, SERGEANT ) | |
| JOSEPH BELANGER, CORPORAL ) | |
| LISE MERSON, and C/O ROSALIE ) | |
| VARGUS, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 11, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Sergeant Joseph Belanger and against plaintiff Gerron Maurice Lindsey.

_____
United States District Judge

Dated: March 12, 2008

_____
(By) Deputy Clerk